| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>CECCHI, CLAIRE C. | 2. Court or Organization<br><br>US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | 3. Date of Report<br><br>02/20/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US FEDERAL JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ✔ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Martin Luther King Jr Fed Bldg
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Great West Financial | 401k loan | K |
| 2. | Citibank | Unsecured credit lines | O |
| 3. | American Express | Credit Card | M |
| 4. | MassMutual | Life Insurance loan | J |
| 5. | Northwestern Life | Life Insurance loan | K |
| 6. | Esquire Bank | Unsecured credit line | None |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Bank of America - Checking accounts | A | Interest | K | T | | | | | |
| 2.  Citibank - Checking accounts | A | Interest | O | T | | | | | |
| 3.  Northwestern Mutual Ins Cash Value | A | Int./Div. | K | T | | | | | |
| 4.  Guardian Whole Life Cash Value | B | Int./Div. | K | T | | | | | |
| 5.  Mass Mutual Whole Life Cash Value | A | Int./Div. | M | T | | | | | |
| 6.  National Life UL Cash Value (x) | E | Int./Div. | N | T | | | | | |
| 7.  401(k) #1 (H) | | | | | | | | | |
| 8.  - AmericanFunds Inv Fund | C | Dividend | L | T | | | | | |
| 9.  - Mainstay Large Cap | C | Dividend | L | T | | | | | |
| 10.  SEP #1 (H)(Y) | | | | | | | | | |
| 11.  - UBS Bank (Cash account)(Y) | | | | | | | | | |
| 12.  401(k) #2 (H) | | | | | | | | | |
| 13.  - American Century Growth Fund | F | Dividend | O | T | | | | | |
| 14.  - PIMCO Total Return | D | Dividend | M | T | | | | | |
| 15.  ▮▮▮▮▮▮▮▮ | | None | P2 | W | | | | | |
| 16.  Mark Pharmaceutical (Unlisted Security) | | None | J | T | | | | | |
| 17.  Brokerage #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Western Asset Money Mkt Account | A | Int./Div. | J | T | | | | | |
| 19. - Vanguard Total Stock Market etf (SOLD 2015) | | | | | | | | | |
| 20. - Prudential Short-term Corp Bond Fund (SOLD 2015) | | | | | | | | | |
| 21. Franklin Templeton 529 (H) | | | | | | | | | |
| 22. - Franklin Growth Age 13-16 | A | Dividend | K | T | Open | 03/07/17 | K | | |
| 23. - Franklin Growth Age 9-12 | | | | | Closed | 03/07/17 | K | | |
| 24. Brokerage #2 - (H) (Y) | | | | | | | | | |
| 25. Brokerage #3 (H) | | | | | | | | | |
| 26. - Western Asset Money Mkt Account (x) | A | Interest | J | T | | | | | |
| 27. - Frisco Tex Rfdg 5% Bond | B | Interest | L | T | Buy | 05/09/17 | L | | |
| 28. - California ST 4% Bond | B | Interest | L | T | Buy | 05/09/17 | L | | |
| 29. - College Station Tex Rfdg 5% Bond | B | Interest | K | T | Buy | 05/09/17 | K | | |
| 30. - Katy Tex Indpt Bond | B | Interest | L | T | Buy | 05/09/17 | L | | |
| 31. - Lakeland Fl Energy 5.25% Bond | B | Interest | L | T | Buy | 05/09/17 | L | | |
| 32. - Metro Atlanta Rapid Tran 5% Bond | A | Interest | | | Buy | 05/09/17 | L | | |
| 33. | | | | | Sold | 12/08/17 | L | A | |
| 34. - NYS Dorm Auth 5% Bond | B | Interest | L | T | Buy | 05/09/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Richardson Tex Ind Sch Dist 4% Bond | B | Interest | L | T | Buy | 05/09/17 | L | | |
| 36. - Washington ST Healthcare 5% | B | Interest | L | T | Buy | 05/11/17 | L | | |
| 37. - Metro Council Waste 5% Bond | B | Interest | L | T | Buy | 05/10/17 | L | | |
| 38. - Central Puget Sound 5% | B | Interest | L | T | Buy | 05/09/17 | L | | |
| 39. - Hawaii St Ser FK5% Bond | B | Interest | L | T | Buy | 05/12/17 | L | | |
| 40. - NYS Dorm Auth 7/30/30 5% Bond | B | Interest | K | T | Buy | 05/18/17 | K | | |
| 41. - Wisconsin ST Env impt 5% Bond | B | Interest | K | T | Buy | 05/10/17 | K | | |
| 42. - Council Rock Sch Dist 5% Bond | B | Interest | L | T | Buy | 05/11/17 | L | | |
| 43. - Sumter Cnty Dev Auth 5%Bond | B | Interest | L | T | Buy | 07/21/17 | L | | |
| 44. - Phil PA Hosp Higher Ed 5% Bond | B | Interest | L | T | Buy | 07/28/17 | L | | |
| 45. - Miami Dade Rfdg-Bldg 5% Bond | B | Interest | L | T | Buy | 08/02/17 | L | | |
| 46. - NYC Etc Fiscal 4% Bond | B | Interest | L | T | Buy | 07/28/17 | L | | |
| 47. - Port Auth NY & NJ 5% Bond | B | Interest | L | T | Buy | 07/13/17 | L | | |
| 48. - Hawaii St Dept Home LDS 5% Bond | B | Interest | L | T | Buy | 07/27/17 | L | | |
| 49. - Collier Cnty Fl Schl Bd 5.25% Bond | B | Interest | L | T | Buy | 09/22/17 | L | | |
| 50. - Cherry Creek Colo Sch Dist 5% Bond | C | Interest | M | T | Buy | 09/22/17 | M | | |
| 51. - Palm Beach Cnty Sch Bd 5% Bond | B | Interest | L | T | Buy | 09/27/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - NYC Mun Wtr 5% Bond | B | Interest | L | T | Buy | 09/28/17 | L | | |
| 53. - North East OH Reg Swr 5% Bond | C | Interest | M | T | Buy | 09/21/17 | M | | |
| 54. - Miami Dade Wtr & Swr 5% | B | Interest | L | T | Buy | 12/08/17 | L | | |
| 55. Brokerage #4 (H) | | | | | | | | | |
| 56. - See Part VIII Additional Information | | | | | | | | | |
| 57. Brokerage #5 (H) | | | | | | | | | |
| 58. - See Part VIII Additional Information | | | | | | | | | |
| 59. Bokerage #6 (H) | | | | | | | | | |
| 60. - Morgan Stanley Money Mkt Account (x) | A | Interest | J | T | | | | | |
| 61. - Apple Inc | A | Dividend | J | T | Buy | 08/08/17 | J | | |
| 62. - Blackstone Group | A | Dividend | J | T | Buy | 08/08/17 | J | | |
| 63. - Costco Wholesale Corp | A | Dividend | J | T | Buy | 08/08/17 | J | | |
| 64. - Facebook | | | J | T | Buy | 08/08/17 | J | | |
| 65. - Hubbell Inc | A | Dividend | J | T | Buy | 08/08/17 | J | | |
| 66. - Schlumberger LTD | A | Dividend | J | T | Buy | 08/08/17 | J | | |
| 67. - Visa Inc | A | Dividend | J | T | Buy | 08/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

AMENDMENT - Franklin 529 Plan, Part VII, Lines 21-23 - Details now provided for the age based portfolio transfer from the Age 9-12 portfolion to Age 13-16.

BROKERAGE #4, Part VII, Line 56

|  | Income | Gross Value at End of Reporting Period | | | | |
|---|---|---|---|---|---|---|
| Description of Assets | Code Type | Value Code | Value Method | Type | Date | Value Code | Gain Code |

```
A P MOLLER MAERSK AS ADR  A DIV J T Buy  11/7/2017  J
ABB LTD SPONSORED ADR  A DIV J T Buy  5/8/2017  J
ABB LTD SPONSORED ADR     Buy add'l 5/9/2017  J
ABB LTD SPONSORED ADR     Buy add'l 5/9/2017  J
ABB LTD SPONSORED ADR     Buy add'l 8/3/2017  J
ADECCO SA ADR   A DIV J T Buy  12/13/2017  J
ADIDAS SALOMON AG SPONSORED ADR  A DIV J T Buy  5/8/2017  J
ADIDAS SALOMON AG SPONSORED ADR     Buy add'l 5/9/2017  J
ADIDAS SALOMON AG SPONSORED ADR     Buy add'l 5/9/2017  J
AEGON N V ORD AMER REG     Buy  9/12/2017  J
AEGON N V ORD AMER REG     Sold  11/7/2017  J  L
AGEAS SPONS ADR NEW   A DIV J T Buy  5/8/2017  J
AGEAS SPONS ADR NEW     Buy add'l 5/9/2017  J
AGEAS SPONS ADR NEW     Buy add'l 5/9/2017  J
AIA GROUP LTD SPONSORED ADR  A DIV J T Buy  5/8/2017  J
AIA GROUP LTD SPONSORED ADR     Buy add'l 5/9/2017  J
AIA GROUP LTD SPONSORED ADR     Buy add'l 5/9/2017  J
AIA GROUP LTD SPONSORED ADR     Buy add'l 7/10/2017  J
AIA GROUP LTD SPONSORED ADR     Buy add'l 7/11/2017  J
AIR LIQUIDE ADR ISIN#US0091262024  A DIV J T Buy  5/8/2017  J
AIR LIQUIDE ADR ISIN#US0091262024     Buy add'l 5/9/2017  J
AIR LIQUIDE ADR ISIN#US0091262024     Buy add'l 5/9/2017  J
AIRBUS GROUP ADR NCE & SPACE CO  A DIV J T Buy  5/8/2017  J
AIRBUS GROUP ADR NCE & SPACE CO     Buy add'l 5/9/2017  J
AIRBUS GROUP ADR NCE & SPACE CO     Buy add'l 5/9/2017  J
AIRBUS GROUP ADR NCE & SPACE CO     Buy add'l 7/11/2017  J
ALLIANZ SE SPONS ADR REPSTG 1/10 SHS  A DIV J T Buy  5/8/2017  J
ALLIANZ SE SPONS ADR REPSTG 1/10 SHS     Buy add'l 5/9/2017  J
ALLIANZ SE SPONS ADR REPSTG 1/10 SHS     Buy add'l 5/9/2017  J
ALLIANZ SE SPONS ADR REPSTG 1/10 SHS     Buy add'l 7/10/2017  J
ALLIANZ SE SPONS ADR REPSTG 1/10 SHS     Buy add'l 7/11/2017  J
ALLIANZ SE SPONS ADR REPSTG 1/10 SHS     Buy add'l 9/12/2017  J
ALLIANZ SE SPONS ADR REPSTG 1/10 SHS     Buy add'l 9/14/2017  J
AMADEUS IT HLDG SA ADS  A DIV J T Buy  5/8/2017  J
AMADEUS IT HLDG SA ADS     Buy add'l 5/9/2017  J
AMADEUS IT HLDG SA ADS     Buy add'l 5/9/2017  J
AMCOR LTD ADR (NEW)  A DIV J T Buy  12/13/2017  J
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR  A DIV J T Buy  5/8/2017  J
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR     Buy add'l 5/9/2017  J
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR     Buy add'l 5/9/2017  J
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR     Buy add'l 7/10/2017  J
ANHEUSER BUSCH INBEV SA NV SPONSORED ADR     Buy add'l 7/11/2017  J
ARCELORMITTAL SA NY REGISTERED SHS  A DIV J T Buy  7/10/2017  J
ASML HLDG N V N Y REGISTRY SHS NEW  A DIV J T Buy  5/8/2017  J
ASML HLDG N V N Y REGISTRY SHS NEW     Buy add'l 5/9/2017  J
ASML HLDG N V N Y REGISTRY SHS NEW     Buy add'l 5/9/2017  J
ASML HLDG N V N Y REGISTRY SHS NEW     Buy add'l 7/10/2017  J
ASML HLDG N V N Y REGISTRY SHS NEW     Buy add'l 7/11/2017  J
ASSA ABLOY AB ADR   A DIV J T Buy  5/8/2017  J
ASSA ABLOY AB ADR     Buy add'l 5/9/2017  J
ASSOCIATED BRIT FOODS LTD ADR NEW     Buy  11/7/2017  J
ASSOCIATED BRIT FOODS LTD ADR NEW     Sold  12/13/2017  J  L
ASTELLAS PHARMA INC ADR     Buy  7/10/2017  J
ASTELLAS PHARMA INC ADR     Sold  8/3/2017  J  L
ASTRAZENECA PLC SPONSORED ADR     Buy  5/8/2017  J
ASTRAZENECA PLC SPONSORED ADR     Buy add'l 5/9/2017  J
ASTRAZENECA PLC SPONSORED ADR     Buy add'l 5/9/2017  J
ASTRAZENECA PLC SPONSORED ADR     Buy add'l 7/10/2017  J
ASTRAZENECA PLC SPONSORED ADR     Buy add'l 7/11/2017  J
ASTRAZENECA PLC SPONSORED ADR     Sold  8/3/2017  J  L
```

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ASTRAZENECA PLC SPONSORED ADR     Sold 8/3/2017 J  L
ASTRAZENECA PLC SPONSORED ADR     Sold 8/3/2017 J  L
ATLANTIA SPA ADR   A DIV J T Buy  5/8/2017 J
ATLANTIA SPA ADR     Buy add'l 5/9/2017  J
ATLANTIA SPA ADR     Buy add'l 5/9/2017  J
ATLAS COPCO AB SPON ADR NEW REPSTG A DIV J T Buy  5/11/2017 J
ATLAS COPCO AB SPON ADR NEW REPSTG    Buy add'l 7/10/2017  J
AUSTRALIA & NEW ZEALAND BKG GRP LTD     Buy  5/8/2017 J
AUSTRALIA & NEW ZEALAND BKG GRP LTD     Buy add'l 5/9/2017  J
AUSTRALIA & NEW ZEALAND BKG GRP LTD     Buy add'l 5/9/2017  J
AUSTRALIA & NEW ZEALAND BKG GRP LTD     Sold 5/11/2017  J   L
AUSTRALIA & NEW ZEALAND BKG GRP LTD A DIV J T Buy  7/10/2017  J
AUSTRALIA & NEW ZEALAND BKG GRP LTD     Buy add'l 7/11/2017  J
AVIVA PLC ADR     Buy  5/8/2017 J
AVIVA PLC ADR     Buy add'l 5/9/2017  J
AVIVA PLC ADR     Buy add'l 5/9/2017  J
AVIVA PLC ADR     Buy add'l 7/10/2017  J
AVIVA PLC ADR     Sold part 11/7/2017 J  L
AXA SA SPONS ADR   A DIV J T Buy  5/8/2017 J
AXA SA SPONS ADR     Buy add'l 5/9/2017  J
AXA SA SPONS ADR     Buy add'l 5/9/2017  J
AXA SA SPONS ADR     Buy add'l 7/11/2017  J
AXA SA SPONS ADR     Buy add'l 9/12/2017  J
BANCO BILBAO VIZCAYA ARGENTARIA SA A DIV J T Buy  5/8/2017 J
BANCO BILBAO VIZCAYA ARGENTARIA SA     Buy add'l 5/9/2017  J
BANCO BILBAO VIZCAYA ARGENTARIA SA     Buy add'l 5/9/2017  J
BANCO BILBAO VIZCAYA ARGENTARIA SA     Buy add'l 7/10/2017  J
BANCO SANTANDER SA ADR   A DIV J T Buy  5/8/2017 J
BANCO SANTANDER SA ADR     Buy add'l 5/9/2017  J
BANCO SANTANDER SA ADR     Buy add'l 5/9/2017  J
BANCO SANTANDER SA ADR     Buy add'l 7/10/2017  J
BANCO SANTANDER SA ADR     Buy add'l 7/11/2017  J
BARCLAYS PLC ADR     Buy  5/8/2017 J
BARCLAYS PLC ADR     Buy add'l 5/9/2017  J
BARCLAYS PLC ADR     Buy add'l 5/9/2017  J
BARCLAYS PLC ADR     Sold 9/12/2017  J   L
BARCLAYS PLC ADR   A DIV J T Buy  11/7/2017 J
BASF SE SPONS ADR   A DIV J T Buy  5/8/2017 J
BASF SE SPONS ADR     Buy add'l 5/9/2017  J
BASF SE SPONS ADR     Buy add'l 5/9/2017  J
BASF SE SPONS ADR     Buy add'l 7/10/2017  J
BASF SE SPONS ADR     Buy add'l 7/11/2017  J
BAYER AG SPONSORED ADR     Buy  5/8/2017  J
BAYER AG SPONSORED ADR     Buy add'l 5/9/2017  J
BAYER AG SPONSORED ADR     Buy add'l 5/9/2017  J
BAYER AG SPONSORED ADR     Buy add'l 7/10/2017  J
BAYER AG SPONSORED ADR     Buy add'l 7/11/2017  J
BAYER AG SPONSORED ADR     Sold 8/3/2017 J  L
BAYER AG SPONSORED ADR     Sold 8/3/2017 J  L
BAYER AG SPONSORED ADR     Sold 8/3/2017 J  L
BAYERISCHE MOTOREN WERKE A G SPONSORED A DIV J T Buy  5/8/2017 J
BAYERISCHE MOTOREN WERKE A G SPONSORED     Buy add'l 5/9/2017  J
BAYERISCHE MOTOREN WERKE A G SPONSORED     Buy add'l 5/9/2017  J
BHP BILLITON LTD SPONSORED ADR   A DIV J T Buy  5/8/2017 J
BHP BILLITON LTD SPONSORED ADR     Buy add'l 5/9/2017  J
BHP BILLITON LTD SPONSORED ADR     Buy add'l 5/9/2017  J
BHP BILLITON LTD SPONSORED ADR     Buy add'l 7/10/2017  J
BHP BILLITON LTD SPONSORED ADR     Buy add'l 7/11/2017  J
BHP BILLITON PLC SPON ADR   A DIV J T Buy add'l 5/9/2017 J
BNP PARIBAS SPONSORED ADR REPSTG A DIV J T Buy  5/8/2017 J
BNP PARIBAS SPONSORED ADR REPSTG     Buy add'l 5/9/2017  J
BNP PARIBAS SPONSORED ADR REPSTG     Buy add'l 5/9/2017  J
BNP PARIBAS SPONSORED ADR REPSTG     Buy add'l 7/10/2017  J
BNP PARIBAS SPONSORED ADR REPSTG     Buy add'l 7/11/2017  J
BOC HONG KONG HLDGS LTD SPONSORED ADR A DIV J T Buy  5/8/2017  J
BOC HONG KONG HLDGS LTD SPONSORED ADR     Buy add'l 5/9/2017  J
BP PLC SPONS ADR UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

BP PLC SPONS ADR UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BP PLC SPONS ADR UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BP PLC SPONS ADR UNSOLICITED ORDER    Buy add'l 7/10/2017  J
BP PLC SPONS ADR UNSOLICITED ORDER    Buy add'l 7/11/2017  J
BP PLC SPONS ADR UNSOLICITED ORDER    Buy add'l 8/3/2017  J
BRENNTAG AG ADR    Buy  5/8/2017  J
BRENNTAG AG ADR    Buy add'l 5/9/2017  J
BRIDGESTONE CORP ADR UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
BRIDGESTONE CORP ADR UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BRIDGESTONE CORP ADR UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BRITISH AMERN TOB PLC SPONSORED ADR A DIV J T Buy  5/8/2017  J
BRITISH AMERN TOB PLC SPONSORED ADR    Buy add'l 5/9/2017  J
BRITISH AMERN TOB PLC SPONSORED ADR    Buy add'l 5/9/2017  J
BRITISH AMERN TOB PLC SPONSORED ADR    Buy add'l 7/10/2017  J
BRITISH AMERN TOB PLC SPONSORED ADR    Buy add'l 7/11/2017  J
BRITISH AMERN TOB PLC SPONSORED ADR    Buy add'l 11/7/2017  J
BRITISH LD CO PLC SPONSORED ADR  A DIV J T Buy  5/8/2017  J
BRITISH LD CO PLC SPONSORED ADR    Buy add'l 5/9/2017  J
BRITISH LD CO PLC SPONSORED ADR    Buy add'l 5/9/2017  J
BT GROUP PLC ADR UNSOLICITED ORDER    Buy  5/8/2017  J
BT GROUP PLC ADR UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BT GROUP PLC ADR UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BT GROUP PLC ADR UNSOLICITED ORDER    Buy add'l 9/12/2017  J
BT GROUP PLC ADR UNSOLICITED ORDER    Sold  11/7/2017  J  L
CAIXABANK ADR    Buy  7/10/2017  J
CAIXABANK ADR    Sold  11/7/2017  J  L
CANON INC ADR REPSTG 5 SHS  A DIV J T Buy  5/8/2017  J
CANON INC ADR REPSTG 5 SHS    Buy add'l 5/9/2017  J
CENTRAL JAPAN RAILWAY CO ADR  A DIV J T Buy  5/8/2017  J
CENTRAL JAPAN RAILWAY CO ADR    Buy add'l 5/9/2017  J
CENTRAL JAPAN RAILWAY CO ADR    Buy add'l 5/9/2017  J
CENTRICA PLC SPON ADR NEW 2004    Buy  8/3/2017  J
CIE DE SAINT-GOBAIN SHS UNSPONSORED A DIV J T Buy  5/8/2017  J
CIE DE SAINT-GOBAIN SHS UNSPONSORED    Buy add'l 5/9/2017  J
CIE DE SAINT-GOBAIN SHS UNSPONSORED    Buy add'l 5/9/2017  J
CITY DEVELOPMENT LTD ADR  A DIV J T Buy  7/10/2017  J
CK HUTCHISON HLDGS LTD ADR  A DIV J T Buy  5/8/2017  J
CK HUTCHISON HLDGS LTD ADR    Buy add'l 5/9/2017  J
CK HUTCHISON HLDGS LTD ADR    Buy add'l 5/9/2017  J
CK HUTCHISON HLDGS LTD ADR    Buy add'l 7/11/2017  J
CLP HOLDINGS LTD SPONSORED ADR A DIV J T Buy  5/8/2017  J
CLP HOLDINGS LTD SPONSORED ADR    Buy add'l 5/9/2017  J
CLP HOLDINGS LTD SPONSORED ADR    Buy add'l 5/9/2017  J
CLP HOLDINGS LTD SPONSORED ADR    Buy add'l 7/10/2017  J
COCA COLA AMATIL LTD SPON ADR    Buy  5/8/2017  J
COCA COLA AMATIL LTD SPON ADR    Buy add'l 5/9/2017  J
COCA COLA AMATIL LTD SPON ADR    Buy add'l 5/9/2017  J
COCA COLA AMATIL LTD SPON ADR    Sold  5/11/2017  J  L
COCA COLA AMATIL LTD SPON ADR    Buy  7/10/2017  J
COCA COLA AMATIL LTD SPON ADR    Sold  11/7/2017  J  L
COCA COLA AMATIL LTD SPON ADR  A DIV J T Buy  12/13/2017  J
COCA-COLA EUROPEAN PARTNERS PLC SHS A DIV J T Buy  5/8/2017  J
COCA-COLA EUROPEAN PARTNERS PLC SHS    Buy add'l 5/9/2017  J
COLOPLAST A/S ADR   A DIV J T Buy  8/3/2017  J
COMMONWEALTH BK AUSTRALIA SPONS ADR    Buy  5/8/2017  J
COMMONWEALTH BK AUSTRALIA SPONS ADR    Buy add'l 5/9/2017  J
COMMONWEALTH BK AUSTRALIA SPONS ADR    Buy add'l 5/9/2017  J
COMMONWEALTH BK AUSTRALIA SPONS ADR    Buy add'l 7/10/2017  J
COMMONWEALTH BK AUSTRALIA SPONS ADR    Buy add'l 7/11/2017  J
COMMONWEALTH BK AUSTRALIA SPONS ADR    Sold  9/12/2017  J  L
COMMONWEALTH BK AUSTRALIA SPONS ADR A DIV J T Buy  11/7/2017  J
COMPAGINE FINANCIERE RICHEMONT AG SWITZ A DIV J T Buy  5/8/2017  J
COMPAGINE FINANCIERE RICHEMONT AG SWITZ    Buy add'l 5/9/2017  J
COMPAGINE FINANCIERE RICHEMONT AG SWITZ    Buy add'l 5/9/2017  J
COMPASS GROUP PLC SPON ADR NEW JUNE 14 A DIV J T Buy  5/8/2017  J
COMPASS GROUP PLC SPON ADR NEW JUNE 14    Buy add'l 5/9/2017  J
COMPASS GROUP PLC SPON ADR NEW JUNE 14    Buy add'l 5/9/2017  J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CONTINENTAL AG SPONS ADR  A DIV J T Buy  5/8/2017  J
CONTINENTAL AG SPONS ADR      Buy add'l 5/9/2017  J
CONTINENTAL AG SPONS ADR      Buy add'l 5/9/2017  J
CONVATEC GROUP PLC ADR  A DIV J T Buy  12/13/2017  J
CREDIT SUISSE GROUP SPONSORED ADR A DIV J T Buy  7/10/2017  J
CREDIT SUISSE GROUP SPONSORED ADR    Buy add'l 9/12/2017  J
CSL LTD SPONSORED ADR  A DIV J T Buy  5/8/2017  J
CSL LTD SPONSORED ADR      Buy add'l 5/9/2017  J
CSL LTD SPONSORED ADR      Buy add'l 5/9/2017  J
CSL LTD SPONSORED ADR      Buy add'l 7/11/2017  J
CSL LTD SPONSORED ADR      Buy add'l 8/3/2017  J
DAI NIPPON PRTG LTD JAPAN SPON ADR A DIV J T Buy  5/8/2017  J
DAI NIPPON PRTG LTD JAPAN SPON ADR    Buy add'l 5/9/2017  J
DAI NIPPON PRTG LTD JAPAN SPON ADR    Buy add'l 5/9/2017  J
DAIMLER AG ADR  A DIV J T Buy  7/10/2017  J
DAIMLER AG ADR      Buy add'l 7/11/2017  J
DAITO TR CONSTR CO LTD SPONSORED ADR A DIV J T Buy  7/10/2017  J
DAIWA HOUSE IND LTD ADR  A DIV J T Buy  5/8/2017  J
DAIWA HOUSE IND LTD ADR      Buy add'l 5/9/2017  J
DAIWA HOUSE IND LTD ADR      Buy add'l 5/9/2017  J
DAIWA SECS GROUP INC SPONS ADR  A DIV J T Buy  7/10/2017  J
DANONE SPONSORED ADR  A DIV J T Buy  5/8/2017  J
DANONE SPONSORED ADR      Buy add'l 5/9/2017  J
DANONE SPONSORED ADR      Buy add'l 5/9/2017  J
DANONE SPONSORED ADR      Buy add'l 7/10/2017  J
DANSKE BK A/S SPONSORED ADR  A DIV J T Buy  5/8/2017  J
DANSKE BK A/S SPONSORED ADR      Buy add'l 5/9/2017  J
DANSKE BK A/S SPONSORED ADR      Buy add'l 5/9/2017  J
DANSKE BK A/S SPONSORED ADR      Buy add'l 11/7/2017  J
DBS GROUP HLDGS LTD SPONS ADR  A DIV J T Buy  5/8/2017  J
DBS GROUP HLDGS LTD SPONS ADR      Buy add'l 5/9/2017  J
DBS GROUP HLDGS LTD SPONS ADR      Buy add'l 5/9/2017  J
DENSO CORP ADR WITH DUE BILLS  A DIV J T Buy  5/8/2017  J
DENSO CORP ADR WITH DUE BILLS      Buy add'l 5/9/2017  J
DENSO CORP ADR WITH DUE BILLS      Buy add'l 5/9/2017  J
DEUTSCHE BANK AG NAMEN AKT      Buy  5/8/2017  J
DEUTSCHE BANK AG NAMEN AKT      Buy add'l 5/9/2017  J
DEUTSCHE BANK AG NAMEN AKT      Buy add'l 5/9/2017  J
DEUTSCHE BANK AG NAMEN AKT      Sold part 11/7/2017  J  L
DEUTSCHE POST AG SPONS ADR  A DIV J T Buy  5/8/2017  J
DEUTSCHE POST AG SPONS ADR      Buy add'l 5/9/2017  J
DEUTSCHE POST AG SPONS ADR      Buy add'l 5/9/2017  J
DEUTSCHE TELEKOM AG SPONSORED ADR A DIV J T Buy  5/8/2017  J
DEUTSCHE TELEKOM AG SPONSORED ADR      Buy add'l 5/9/2017  J
DEUTSCHE TELEKOM AG SPONSORED ADR      Buy add'l 5/9/2017  J
DEUTSCHE TELEKOM AG SPONSORED ADR      Buy add'l 7/10/2017  J
DIAGEO PLC SPONSORED ADR NEW  A DIV J T Buy  5/8/2017  J
DIAGEO PLC SPONSORED ADR NEW      Buy add'l 5/9/2017  J
DIAGEO PLC SPONSORED ADR NEW      Buy add'l 5/9/2017  J
DIAGEO PLC SPONSORED ADR NEW      Buy add'l 7/10/2017  J
DIAGEO PLC SPONSORED ADR NEW      Buy add'l 7/11/2017  J
DSV AS ADR  A DIV J T Buy  5/8/2017  J
DSV AS ADR      Buy add'l 5/9/2017  J
EAST JAPAN RY CO ADR  A DIV J T Buy  5/8/2017  J
EAST JAPAN RY CO ADR      Buy add'l 5/9/2017  J
EAST JAPAN RY CO ADR      Buy add'l 5/9/2017  J
EISAI CO LTD ADRS UNSPONSORED 1 ADR =    Buy  7/10/2017  J
EISAI CO LTD ADRS UNSPONSORED 1 ADR =    Sold  8/3/2017  J  L
ENEL SOCIETA PER AZIONI ADR  A DIV J T Buy  5/8/2017  J
ENEL SOCIETA PER AZIONI ADR      Buy add'l 5/9/2017  J
ENEL SOCIETA PER AZIONI ADR      Buy add'l 5/9/2017  J
ENEL SOCIETA PER AZIONI ADR      Buy add'l 7/10/2017  J
ENEL SOCIETA PER AZIONI ADR      Buy add'l 7/11/2017  J
ENI SPA SPONSORED ADR      Buy  5/8/2017  J
ENI SPA SPONSORED ADR      Buy add'l 5/9/2017  J
ENI SPA SPONSORED ADR      Buy add'l 5/9/2017  J
ENI SPA SPONSORED ADR      Sold part 7/10/2017  J  L

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ERICSSON L M TEL CO ADR CL B SEK 10 NEW A DIV J T Buy 11/7/2017 J
ERICSSON L M TEL CO ADR CL B SEK 10 NEW    Buy add'l 12/13/2017 J
ESSILOR INTL S A SPONSORED ADR  A DIV J T Buy 5/8/2017 J
ESSILOR INTL S A SPONSORED ADR    Buy add'l 5/9/2017 J
ESSILOR INTL S A SPONSORED ADR    Buy add'l 5/9/2017 J
ESSILOR INTL S A SPONSORED ADR    Buy add'l 8/3/2017 J
FANUC CORPORATION ADR  A DIV J T Buy 5/8/2017 J
FANUC CORPORATION ADR    Buy add'l 5/9/2017 J
FANUC CORPORATION ADR    Buy add'l 5/9/2017 J
FORTESCUE METALS GROUP LTD SPONS ADR A DIV J T Buy 7/10/2017 J
FRESENIUS MED CARE AKTIENGESELLSCHAFT A DIV J T Buy 8/3/2017 J
FRESENIUS SE & CO KGAA SPONSORED ADR A DIV J T Buy 5/8/2017 J
FRESENIUS SE & CO KGAA SPONSORED ADR    Buy add'l 5/9/2017 J
FRESENIUS SE & CO KGAA SPONSORED ADR    Buy add'l 5/9/2017 J
FRESENIUS SE & CO KGAA SPONSORED ADR    Buy add'l 8/3/2017 J
FUCHS PETROLUB SE ADR  A DIV J T Buy 5/8/2017 J
FUCHS PETROLUB SE ADR    Buy add'l 5/9/2017 J
FUJIFILM HLDGS CORP ADR 2 ORD  A DIV J T Buy 5/9/2017 J
FUJIFILM HLDGS CORP ADR 2 ORD    Buy add'l 12/13/2017 J
GALP ENERGIA SGPS SA ADR  A DIV J T Buy 7/11/2017 J
GENMAB A/S SPONSORED ADR  A DIV J T Buy 8/3/2017 J
GETINGE AB ADR  A DIV J T Buy 8/3/2017 J
GIVAUDAN SA ADR  A DIV J T Buy 5/8/2017 J
GIVAUDAN SA ADR    Buy add'l 5/9/2017 J
GIVAUDAN SA ADR    Buy add'l 5/9/2017 J
GKN PLC SPONSORED ADR    Buy 5/8/2017 J
GKN PLC SPONSORED ADR    Buy add'l 5/9/2017 J
GLAXOSMITHKLINE PLC SPONS ADR    Buy 5/8/2017 J
GLAXOSMITHKLINE PLC SPONS ADR    Buy add'l 5/9/2017 J
GLAXOSMITHKLINE PLC SPONS ADR    Buy add'l 5/9/2017 J
GLAXOSMITHKLINE PLC SPONS ADR    Buy add'l 7/10/2017 J
GLAXOSMITHKLINE PLC SPONS ADR    Buy add'l 7/11/2017 J
GLAXOSMITHKLINE PLC SPONS ADR    Sold 8/3/2017 J  L
GLAXOSMITHKLINE PLC SPONS ADR    Sold 8/3/2017 J  L
GLAXOSMITHKLINE PLC SPONS ADR    Sold 8/3/2017 J  L
GLENCORE PLC ADR  A DIV J T Buy 5/8/2017 J
GLENCORE PLC ADR    Buy add'l 5/9/2017 J
GLENCORE PLC ADR    Buy add'l 5/9/2017 J
GLENCORE PLC ADR    Buy add'l 7/10/2017 J
GLOBAL LOGISTICS PPTYS LTD ADR  A DIV J T Buy 9/12/2017 J
GLOBAL LOGISTICS PPTYS LTD ADR    Buy add'l 9/14/2017 J
GRIFOLS S A SPONSORED ADR REPSTG A DIV J T Buy 8/3/2017 J
HANG LUNG PPTYS LTD SPONSORED ADR A DIV J T Buy 5/8/2017 J
HANG LUNG PPTYS LTD SPONSORED ADR    Buy add'l 5/9/2017 J
HANG LUNG PPTYS LTD SPONSORED ADR    Buy add'l 5/9/2017 J
HEINEKEN HLDGS NV SPONS ADR    Buy 8/3/2017 J
HEINEKEN HLDGS NV SPONS ADR    Sold 11/7/2017 J  L
HEINEKEN N V SPONS ADR LEVEL 1    Buy 8/3/2017 J
HEINEKEN N V SPONS ADR LEVEL 1    Sold 11/7/2017 J  L
HENKEL AG & CO KGAA SPONSORED ADR RE A DIV J T Buy 11/7/2017 J
HENNES & MAURITZ AB ADR    Buy 9/12/2017 J
HENNES & MAURITZ AB ADR    Sold 12/13/2017 J  L
HITACHI LTD ADR 10 COM NEW  A DIV J T Buy 5/8/2017 J
HITACHI LTD ADR 10 COM NEW    Buy add'l 5/9/2017 J
HITACHI LTD ADR 10 COM NEW    Buy add'l 5/9/2017 J
HONDA MTR LTD ADR REPRESENTING 2 ORD    Buy 5/8/2017 J
HONDA MTR LTD ADR REPRESENTING 2 ORD    Buy add'l 5/9/2017 J
HONDA MTR LTD ADR REPRESENTING 2 ORD    Buy add'l 5/9/2017 J
HONDA MTR LTD ADR REPRESENTING 2 ORD    Sold 5/11/2017 J  L
HONDA MTR LTD ADR REPRESENTING 2 ORD A DIV J T Buy 7/10/2017 J
HONG KONG @ CHINA GAS ADR  A DIV J T Buy 5/8/2017 J
HONG KONG @ CHINA GAS ADR    Buy add'l 5/9/2017 J
HONG KONG @ CHINA GAS ADR    Buy add'l 5/9/2017 J
HSBC HLDGS PLC SPONS ADR NEW  A DIV J T Buy 5/8/2017 J
HSBC HLDGS PLC SPONS ADR NEW    Buy add'l 5/9/2017 J
HSBC HLDGS PLC SPONS ADR NEW    Buy add'l 5/9/2017 J
HSBC HLDGS PLC SPONS ADR NEW    Buy add'l 7/10/2017 J

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

HSBC HLDGS PLC SPONS ADR NEW     Buy add'l 7/11/2017 J

IBERDROLA S A SPONSORED ADR   A DIV J T Buy 5/8/2017 J

IBERDROLA S A SPONSORED ADR     Buy add'l 5/9/2017 J

IBERDROLA S A SPONSORED ADR     Buy add'l 5/9/2017 J

IBERDROLA S A SPONSORED ADR     Buy add'l 7/10/2017 J

IBERDROLA S A SPONSORED ADR     Buy add'l 7/11/2017 J

IMPERIAL BRANDS PLC SPONSORED ADR     Buy 5/8/2017 J

IMPERIAL BRANDS PLC SPONSORED ADR     Buy add'l 5/9/2017 J

IMPERIAL BRANDS PLC SPONSORED ADR     Buy add'l 5/9/2017 J

IMPERIAL BRANDS PLC SPONSORED ADR     Buy add'l 9/12/2017 J

IMPERIAL BRANDS PLC SPONSORED ADR     Sold part 11/7/2017 J   L

INDUSTRIA DE DISENO TEXTIL INDITEX SA   A DIV J T Buy 5/8/2017 J

INDUSTRIA DE DISENO TEXTIL INDITEX SA     Buy add'l 5/9/2017 J

INDUSTRIA DE DISENO TEXTIL INDITEX SA     Buy add'l 5/9/2017 J

INDUSTRIA DE DISENO TEXTIL INDITEX SA     Buy add'l 11/7/2017 J

ING GROEP N V   ADR UNSOLICITED ORDER   A DIV J T Buy 5/8/2017 J

ING GROEP N V   ADR UNSOLICITED ORDER     Buy add'l 5/9/2017 J

ING GROEP N V   ADR UNSOLICITED ORDER     Buy add'l 5/9/2017 J

ING GROEP N V   ADR UNSOLICITED ORDER     Buy add'l 7/10/2017 J

ING GROEP N V   ADR UNSOLICITED ORDER     Buy add'l 7/11/2017 J

INTESA SANPAOLO S P A SPON ADR   A DIV J T Buy 5/8/2017 J

INTESA SANPAOLO S P A SPON ADR     Buy add'l 5/9/2017 J

INTESA SANPAOLO S P A SPON ADR     Buy add'l 5/9/2017 J

INTESA SANPAOLO S P A SPON ADR     Buy add'l 7/10/2017 J

ISRAEL CHEMICALS LTD SHS   A DIV J T Buy 11/7/2017 J

ITV PLC ADR   A DIV J T Buy 9/12/2017 J

J SAINSBURY PLC SPONSORED ADR NEW   A DIV J T Buy 7/10/2017 J

JAPAN TOB INC ADR   A DIV J T Buy 5/8/2017 J

JAPAN TOB INC ADR     Buy add'l 5/9/2017 J

JAPAN TOB INC ADR     Buy add'l 5/9/2017 J

JAPAN TOB INC ADR     Buy add'l 12/13/2017 J

JULIUS BAER GROUP LTD ADR   A DIV J T Buy 5/8/2017 J

JULIUS BAER GROUP LTD ADR     Buy add'l 5/9/2017 J

JULIUS BAER GROUP LTD ADR     Buy add'l 5/9/2017 J

KAO CORP SPONSORED ADR REPSTG   A DIV J T Buy 5/8/2017 J

KAO CORP SPONSORED ADR REPSTG     Buy add'l 5/9/2017 J

KAO CORP SPONSORED ADR REPSTG     Buy add'l 5/9/2017 J

KDDI CORP ADR   A DIV J T Buy 5/8/2017 J

KDDI CORP ADR     Buy add'l 5/9/2017 J

KDDI CORP ADR     Buy add'l 5/9/2017 J

KDDI CORP ADR     Buy add'l 7/10/2017 J

KDDI CORP ADR     Buy add'l 8/3/2017 J

KINGFISHER PLC SPONSORED ADR   A DIV J T Buy 9/12/2017 J

KONE OYJ ADR   A DIV J T Buy 12/13/2017 J

KONINKLIJKE AHOLD NV SPONSORED ADR NEW     Buy 5/8/2017 J

KONINKLIJKE AHOLD NV SPONSORED ADR NEW     Buy add'l 5/9/2017 J

KONINKLIJKE AHOLD NV SPONSORED ADR NEW     Buy add'l 5/9/2017 J

KONINKLIJKE AHOLD NV SPONSORED ADR NEW     Sold 7/10/2017 J   L

KONINKLIJKE AHOLD NV SPONSORED ADR NEW   A DIV J T Buy 9/14/2017 J

KONINKLIJKE PHILIPS N V   A DIV J T Buy 5/8/2017 J

KONINKLIJKE PHILIPS N V     Buy add'l 5/9/2017 J

KONINKLIJKE PHILIPS N V     Buy add'l 5/9/2017 J

KURARAY CO LTD ADR   A DIV J T Buy 5/8/2017 J

KURARAY CO LTD ADR     Buy add'l 5/9/2017 J

KYOCERA CORP ADR FRMLY KYOTO   A DIV J T Buy 7/10/2017 J

LAFARGEHOLCIM ADR   A DIV J T Buy 8/3/2017 J

LAFARGEHOLCIM ADR     Buy add'l 11/7/2017 J

LEND LEASE LTD SPONSORED ADR     Buy 7/10/2017 J

LEND LEASE LTD SPONSORED ADR     Sold part 12/13/2017 J   L

LINDE AG SPONS ADR LEVEL 1     Buy 5/8/2017 J

LINDE AG SPONS ADR LEVEL 1     Buy add'l 5/9/2017 J

LINDE AG SPONS ADR LEVEL 1     Buy add'l 5/9/2017 J

LINDE AG SPONS ADR LEVEL 1     Sold 9/19/2017 J   L

LLOYDS BANKING GROUP PLC SPONS ADR   A DIV J T Buy 5/8/2017 J

LLOYDS BANKING GROUP PLC SPONS ADR     Buy add'l 5/9/2017 J

LLOYDS BANKING GROUP PLC SPONS ADR     Buy add'l 5/9/2017 J

LLOYDS BANKING GROUP PLC SPONS ADR     Buy add'l 7/10/2017 J

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LLOYDS BANKING GROUP PLC SPONS ADR    Buy add'l 7/11/2017 J
LONZA GROUP AG ADR    Buy 5/8/2017 J
LONZA GROUP AG ADR    Buy add'l 5/9/2017 J
LONZA GROUP AG ADR    Sold 8/3/2017 J  L
LOREAL  CO ADR   A DIV J T Buy 5/8/2017 J
LOREAL  CO ADR    Buy add'l 5/9/2017 J
LOREAL  CO ADR    Buy add'l 11/7/2017 J
LUXOTTICA GROUP SPA SPONSORED ADR    Buy 9/12/2017 J
LUXOTTICA GROUP SPA SPONSORED ADR    Sold 11/7/2017 J  L
LVMH MOET HENNESSY LOUIS VUITTON ADR A DIV J T Buy 5/8/2017 J
LVMH MOET HENNESSY LOUIS VUITTON ADR    Buy add'l 5/9/2017 J
LVMH MOET HENNESSY LOUIS VUITTON ADR    Buy add'l 5/9/2017 J
LVMH MOET HENNESSY LOUIS VUITTON ADR    Buy add'l 9/14/2017 J
MACQUARIE GROUP LTD ADR NEW  A DIV J T Buy 5/8/2017 J
MACQUARIE GROUP LTD ADR NEW    Buy add'l 5/9/2017 J
MACQUARIE GROUP LTD ADR NEW    Buy add'l 5/9/2017 J
MAKITA CORP SPONS ADR  A DIV J T Buy  12/13/2017 J
METRO AG ADR    Buy 5/8/2017 J
METRO AG ADR    Buy add'l 5/9/2017 J
METRO AG ADR    Buy add'l 5/9/2017 J
METRO AG RIGHTS RD 08/07 PD 08/17/17    Sold 8/17/2017 J  L
MICHELIN COMPAGNIE GENERALE DES A DIV J T Buy  5/8/2017 J
MICHELIN COMPAGNIE GENERALE DES    Buy add'l 5/9/2017 J
MICHELIN COMPAGNIE GENERALE DES    Buy add'l 5/9/2017 J
MITSUBISHI CORP SPONSORED ADR  A DIV J T Buy 5/8/2017 J
MITSUBISHI CORP SPONSORED ADR    Buy add'l 5/9/2017 J
MITSUBISHI CORP SPONSORED ADR    Buy add'l 5/9/2017 J
MITSUBISHI ESTATE LTD ADR    Buy 5/8/2017 J
MITSUBISHI ESTATE LTD ADR    Buy add'l 5/9/2017 J
MITSUBISHI ESTATE LTD ADR    Buy add'l 5/9/2017 J
MITSUBISHI ESTATE LTD ADR    Sold 9/12/2017 J  L
MITSUBISHI ESTATE LTD ADR  A DIV J T Buy 11/7/2017 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Buy 5/8/2017 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Buy add'l 5/9/2017 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Buy add'l 5/9/2017 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Buy add'l 7/11/2017 J
MITSUBISHI UFJ FINL GROUP INC SPON ADR    Sold 9/12/2017 J  L
MITSUBISHI UFJ FINL GROUP INC SPON ADR A DIV J T Buy 11/7/2017 J
MITSUI & CO LTD ADR    Buy 5/8/2017 J
MITSUI & CO LTD ADR    Buy add'l 5/9/2017 J
MITSUI & CO LTD ADR    Buy add'l 5/9/2017 J
MITSUI & CO LTD ADR    Sold 5/11/2017 J  L
MIZUHO FINANCIAL GROUP INC SPON ADR A DIV J T Buy 5/8/2017 J
MIZUHO FINANCIAL GROUP INC SPON ADR    Buy add'l 5/9/2017 J
MIZUHO FINANCIAL GROUP INC SPON ADR    Buy add'l 5/9/2017 J
MIZUHO FINANCIAL GROUP INC SPON ADR    Buy add'l 7/10/2017 J
MS&AD INS GROUP HLDGS ADR  A DIV J T Buy 9/12/2017 J
MUNICH RE GROUP ADR  A DIV J T Buy 5/8/2017 J
MUNICH RE GROUP ADR    Buy add'l 5/9/2017 J
MUNICH RE GROUP ADR    Buy add'l 5/9/2017 J
NATIONAL AUSTRALIA BANK LTD ADRS    Buy 5/8/2017 J
NATIONAL AUSTRALIA BANK LTD ADRS    Buy add'l 5/9/2017 J
NATIONAL AUSTRALIA BANK LTD ADRS    Buy add'l 5/9/2017 J
NATIONAL AUSTRALIA BANK LTD ADRS    Sold 7/10/2017 J  L
NATIONAL AUSTRALIA BANK LTD ADRS    Buy 11/7/2017 J
NATIONAL AUSTRALIA BANK LTD ADRS    Sold 12/13/2017 J  L
NATIONAL GRID PLC SPON ADR NEW  A DIV J T Buy 5/8/2017 J
NATIONAL GRID PLC SPON ADR NEW    Buy add'l 5/9/2017 J
NATIONAL GRID PLC SPON ADR NEW    Buy add'l 5/9/2017 J
NESTLE SA SPONSORED ADR REPSTG  A DIV J T Buy 5/8/2017 J
NESTLE SA SPONSORED ADR REPSTG    Buy add'l 5/9/2017 J
NESTLE SA SPONSORED ADR REPSTG    Buy add'l 5/9/2017 J
NESTLE SA SPONSORED ADR REPSTG    Buy add'l 7/10/2017 J
NESTLE SA SPONSORED ADR REPSTG    Buy add'l 7/11/2017 J
NESTLE SA SPONSORED ADR REPSTG    Buy add'l 8/3/2017 J
NESTLE SA SPONSORED ADR REPSTG    Buy add'l 9/14/2017 J
NESTLE SA SPONSORED ADR REPSTG    Buy add'l 11/7/2017 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NEWCREST MINING LTD ADR  A DIV J T Buy  7/10/2017  J

NIPPON TELEG & TELEPHONE CORP  A DIV J T Buy  8/3/2017  J

NISSAN MOTOR LTD SPON ADR  A DIV J T Buy  5/11/2017  J

NOKIA CORP SPONSORED ADR      Buy  5/8/2017  J

NOKIA CORP SPONSORED ADR      Buy add'l 5/9/2017  J

NOMURA HLDGS INC SPONSORED ADR A DIV J T Buy 9/12/2017  J

NORDEA BK AB SWEDEN SPONSORED ADR A DIV J T Buy  5/8/2017  J

NORDEA BK AB SWEDEN SPONSORED ADR      Buy add'l 5/9/2017  J

NORDEA BK AB SWEDEN SPONSORED ADR      Buy add'l 5/9/2017  J

NORDEA BK AB SWEDEN SPONSORED ADR      Buy add'l 12/13/2017  J

NOVARTIS AG SPONSORED ADR      Buy  5/8/2017  J

NOVARTIS AG SPONSORED ADR      Buy add'l 5/9/2017  J

NOVARTIS AG SPONSORED ADR      Buy add'l 5/9/2017  J

NOVARTIS AG SPONSORED ADR      Buy add'l 7/10/2017  J

NOVARTIS AG SPONSORED ADR      Buy add'l 7/11/2017  J

NOVARTIS AG SPONSORED ADR      Sold 8/3/2017  J  L

NOVARTIS AG SPONSORED ADR      Sold 8/3/2017  J  L

NOVARTIS AG SPONSORED ADR      Sold 8/3/2017  J  L

NOVO NORDISK A.S. ADR FORMERLY NOVO      Buy  5/8/2017  J

NOVO NORDISK A.S. ADR FORMERLY NOVO      Buy add'l 5/9/2017  J

NOVO NORDISK A.S. ADR FORMERLY NOVO      Buy add'l 5/9/2017  J

NOVO NORDISK A.S. ADR FORMERLY NOVO      Buy add'l 7/11/2017  J

NOVO NORDISK A.S. ADR FORMERLY NOVO      Sold 8/3/2017  J  L

NOVO NORDISK A.S. ADR FORMERLY NOVO      Sold 8/3/2017  J  L

NSK LTD SPONSORED ADR  A DIV J T Buy  9/12/2017  J

NTT DOCOMO INC SPONS ADR  A DIV J T Buy  5/8/2017  J

NTT DOCOMO INC SPONS ADR      Buy add'l 5/9/2017  J

NTT DOCOMO INC SPONS ADR      Buy add'l 5/9/2017  J

NTT DOCOMO INC SPONS ADR      Buy add'l 8/3/2017  J

ORANGE SPONSORED ADR ISIN#US6840601065 A DIV J T Buy  5/8/2017  J

ORANGE SPONSORED ADR ISIN#US6840601065      Buy add'l 5/9/2017  J

ORANGE SPONSORED ADR ISIN#US6840601065      Buy add'l 5/9/2017  J

ORKLA A S SPONSORED ADR REPSTG  A DIV J T Buy  5/8/2017  J

ORKLA A S SPONSORED ADR REPSTG      Buy add'l 5/9/2017  J

ORKLA A S SPONSORED ADR REPSTG      Buy add'l 5/9/2017  J

PADDY PWR BETFAIR PLC ADR NEW  A DIV J T Buy  12/13/2017  J

PERNOD RICARD S A ADR  A DIV J T Buy  5/8/2017  J

PERNOD RICARD S A ADR      Buy add'l 5/9/2017  J

PERNOD RICARD S A ADR      Buy add'l 5/9/2017  J

PROSIEBENSAT 1 MEDIA SE ADR  A DIV J T Buy  11/7/2017  J

PRUDENTIAL PLC ADR UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J

PRUDENTIAL PLC ADR UNSOLICITED ORDER      Buy add'l 5/9/2017  J

PRUDENTIAL PLC ADR UNSOLICITED ORDER      Buy add'l 5/9/2017  J

PRUDENTIAL PLC ADR UNSOLICITED ORDER      Buy add'l 7/10/2017  J

PRUDENTIAL PLC ADR UNSOLICITED ORDER      Buy add'l 7/11/2017  J

PRUDENTIAL PLC ADR UNSOLICITED ORDER      Buy add'l 9/14/2017  J

PUBLICIS S A NEW SPONS ADR      Buy  7/10/2017  J

PUBLICIS S A NEW SPONS ADR      Sold part 9/12/2017  J  L

QBE INS GROUP LTD SPONS ADR      Buy  5/9/2017  J

RAKUTEN INC ADR  A DIV J T Buy  12/13/2017  J

RECKITT BENCKISER PLC SPONSORED ADR      Buy  5/8/2017  J

RECKITT BENCKISER PLC SPONSORED ADR      Buy add'l 5/9/2017  J

RECKITT BENCKISER PLC SPONSORED ADR      Buy add'l 5/9/2017  J

RECKITT BENCKISER PLC SPONSORED ADR      Buy add'l 7/10/2017  J

RECKITT BENCKISER PLC SPONSORED ADR      Buy add'l 7/11/2017  J

RECKITT BENCKISER PLC SPONSORED ADR      Sold part 11/7/2017  J  L

RED ELECTRICA DE ESPANA SA ADR  A DIV J T Buy  5/8/2017  J

RED ELECTRICA DE ESPANA SA ADR      Buy add'l 5/9/2017  J

RED ELECTRICA DE ESPANA SA ADR      Buy add'l 5/9/2017  J

RELX NV SPONSORED ADR  A DIV J T Buy  7/10/2017  J

REPSOL YPF SA SPONS ADR  A DIV J T Buy  5/8/2017  J

REPSOL YPF SA SPONS ADR      Buy add'l 5/9/2017  J

RIO TINTO PLC SPONSORED ADR  A DIV J T Buy  5/8/2017  J

RIO TINTO PLC SPONSORED ADR      Buy add'l 5/9/2017  J

RIO TINTO PLC SPONSORED ADR      Buy add'l 5/10/2017  J

RIO TINTO PLC SPONSORED ADR      Buy add'l 7/10/2017  J

RIO TINTO PLC SPONSORED ADR      Buy add'l 7/11/2017  J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

```
ROCHE HLDGS LTD SPONSORED ADR        Buy  5/8/2017  J
ROCHE HLDGS LTD SPONSORED ADR        Buy add'l 5/9/2017  J
ROCHE HLDGS LTD SPONSORED ADR        Buy add'l 5/9/2017  J
ROCHE HLDGS LTD SPONSORED ADR        Buy add'l 7/10/2017  J
ROCHE HLDGS LTD SPONSORED ADR        Buy add'l 7/11/2017  J
ROCHE HLDGS LTD SPONSORED ADR        Sold part 8/3/2017  J  L
ROCHE HLDGS LTD SPONSORED ADR        Sold part 8/3/2017  J  L
ROCHE HLDGS LTD SPONSORED ADR        Sold  8/3/2017  J  L
ROYAL DUTCH SHELL PLC SPONSORED ADR A DIV J T Buy  5/8/2017  J
ROYAL DUTCH SHELL PLC SPONSORED ADR     Buy add'l 5/8/2017  J
ROYAL DUTCH SHELL PLC SPONSORED ADR     Buy add'l 5/9/2017  J
ROYAL DUTCH SHELL PLC SPONSORED ADR     Buy add'l 5/9/2017  J
ROYAL DUTCH SHELL PLC SPONSORED ADR     Buy add'l 5/9/2017  J
ROYAL DUTCH SHELL PLC SPONSORED ADR     Buy add'l 7/10/2017  J
ROYAL DUTCH SHELL PLC SPONSORED ADR     Buy add'l 7/10/2017  J
ROYAL DUTCH SHELL PLC SPONSORED ADR     Buy add'l 7/11/2017  J
ROYAL DUTCH SHELL PLC SPONSORED ADR     Buy add'l 8/3/2017  J
SAMPO OYJ ADR   A DIV J T Buy  5/8/2017  J
SAMPO OYJ ADR      Buy add'l 5/9/2017  J
SAMPO OYJ ADR      Buy add'l 5/9/2017  J
SANDVIK AB ADR   A DIV J T Buy  5/8/2017  J
SANDVIK AB ADR      Buy add'l 5/9/2017  J
SANOFI SPONS ADR      Buy  5/8/2017  J
SANOFI SPONS ADR      Buy add'l 5/9/2017  J
SANOFI SPONS ADR      Buy add'l 5/9/2017  J
SANOFI SPONS ADR      Buy add'l 7/10/2017  J
SANOFI SPONS ADR      Buy add'l 7/11/2017  J
SANOFI SPONS ADR      Sold part 8/3/2017  J  L
SANOFI SPONS ADR      Sold part 8/3/2017  J  L
SANOFI SPONS ADR      Sold  8/3/2017  J  L
SAP AE SPONSORED ADR   A DIV J T Buy  5/8/2017  J
SAP AE SPONSORED ADR      Buy add'l 5/9/2017  J
SAP AE SPONSORED ADR      Buy add'l 5/9/2017  J
SAP AE SPONSORED ADR      Buy add'l 7/10/2017  J
SAP AE SPONSORED ADR      Buy add'l 7/11/2017  J
SCHNEIDER UNSP ADR SHS UNSPONSORED A DIV J T Buy  5/8/2017  J
SCHNEIDER UNSP ADR SHS UNSPONSORED    Buy add'l 5/9/2017  J
SCHNEIDER UNSP ADR SHS UNSPONSORED    Buy add'l 5/9/2017  J
SECOM LTD ADR UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
SECOM LTD ADR UNSOLICITED ORDER    Buy add'l 5/9/2017  J
SECOM LTD ADR UNSOLICITED ORDER    Buy add'l 5/9/2017  J
SEVEN & I HLDGS CO LTD ADR   A DIV J T Buy  5/8/2017  J
SEVEN & I HLDGS CO LTD ADR     Buy add'l 5/9/2017  J
SEVEN & I HLDGS CO LTD ADR     Buy add'l 5/9/2017  J
SEVEN & I HLDGS CO LTD ADR     Buy add'l 12/13/2017  J
SGS SA ADR   A DIV J T Buy  5/8/2017  J
SGS SA ADR      Buy add'l 5/9/2017  J
SGS SA ADR      Buy add'l 5/9/2017  J
SHIN ETSU CHEM CO LTD ADR   A DIV J T Buy  5/8/2017  J
SHIN ETSU CHEM CO LTD ADR     Buy add'l 5/9/2017  J
SHIN ETSU CHEM CO LTD ADR     Buy add'l 5/10/2017  J
SHIRE PLC SPONS ADR   A DIV J T Buy  5/8/2017  J
SHIRE PLC SPONS ADR     Buy add'l 5/9/2017  J
SHIRE PLC SPONS ADR     Buy add'l 5/9/2017  J
SHIRE PLC SPONS ADR     Buy add'l 8/3/2017  J
SIEMENS A G SPONSORED ADR   A DIV J T Buy  5/8/2017  J
SIEMENS A G SPONSORED ADR     Buy add'l 5/9/2017  J
SIEMENS A G SPONSORED ADR     Buy add'l 5/9/2017  J
SIEMENS A G SPONSORED ADR     Buy add'l 7/10/2017  J
SIEMENS A G SPONSORED ADR     Buy add'l 7/11/2017  J
SIEMENS A G SPONSORED ADR     Buy add'l 9/12/2017  J
SKY PLC SPONSORED ADR   A DIV J T Buy  11/7/2017  J
SMITH & NEPHEW P L C SPONSORED ADR NEW A DIV J T Buy  8/3/2017  J
SMITHS GROUP PLC SPONS ADR   A DIV J T Buy  5/8/2017  J
SMITHS GROUP PLC SPONS ADR     Buy add'l 5/9/2017  J
SMITHS GROUP PLC SPONS ADR     Buy add'l 5/9/2017  J
```

| Name of Person Reporting | Date of Report |
| --- | --- |
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SOCIETE GENERALE FRANCE SPON ADR A DIV J T Buy 5/8/2017 J
SOCIETE GENERALE FRANCE SPON ADR    Buy add'l 5/9/2017 J
SOCIETE GENERALE FRANCE SPON ADR    Buy add'l 5/9/2017 J
SODEXHO SPON ADR   A DIV J T Buy 5/8/2017 J
SODEXHO SPON ADR      Buy add'l 5/9/2017 J
SODEXHO SPON ADR      Buy add'l 5/9/2017 J
SOFTBANK CORP ADR   A DIV J T Buy 5/8/2017 J
SOFTBANK CORP ADR      Buy add'l 5/9/2017 J
SOFTBANK CORP ADR      Buy add'l 5/9/2017 J
SOFTBANK CORP ADR      Buy add'l 7/10/2017 J
SOFTBANK CORP ADR      Buy add'l 7/11/2017 J
SONOVA HLDG AG ADR   A DIV J T Buy 5/8/2017 J
SONOVA HLDG AG ADR      Buy add'l 5/9/2017 J
SONOVA HLDG AG ADR      Buy add'l 5/9/2017 J
SONY CORP ADR AMERN SH NEW  A DIV J T Buy 5/8/2017 J
SONY CORP ADR AMERN SH NEW    Buy add'l 5/9/2017 J
SONY CORP ADR AMERN SH NEW    Buy add'l 5/9/2017 J
SSE PLC SPONSORED ADR  A DIV J T Buy 8/3/2017 J
SUBARU CORP ADR      Buy 7/10/2017 J
SUBARU CORP ADR      Sold 12/13/2017 J  L
SUMITOMO CORP SPONSORED ADR  A DIV J T Buy 5/8/2017 J
SUMITOMO CORP SPONSORED ADR    Buy add'l 5/9/2017 J
SUMITOMO CORP SPONSORED ADR    Buy add'l 5/9/2017 J
SUMITOMO MITSUI FINL GROUP INC SPONS ADR A DIV J T Buy 5/8/2017 J
SUMITOMO MITSUI FINL GROUP INC SPONS ADR    Buy add'l 5/9/2017 J
SUMITOMO MITSUI FINL GROUP INC SPONS ADR    Buy add'l 5/9/2017 J
SUMITOMO MITSUI FINL GROUP INC SPONS ADR    Buy add'l 7/10/2017 J
SUMITOMO MITSUI FINL GROUP INC SPONS ADR    Buy add'l 7/11/2017 J
SUN HUNG KAI PPTYS LTD ADR NEW  A DIV J T Buy 5/8/2017 J
SUN HUNG KAI PPTYS LTD ADR NEW    Buy add'l 5/9/2017 J
SUN HUNG KAI PPTYS LTD ADR NEW    Buy add'l 5/9/2017 J
SVENSKA CELLULOSA AKTIEBOLAGET SCA A DIV J T Buy 5/8/2017 J
SVENSKA CELLULOSA AKTIEBOLAGET SCA    Buy add'l 5/9/2017 J
SVENSKA CELLULOSA AKTIEBOLAGET SCA    Buy add'l 5/9/2017 J
SVENSKA HANDELSBANKEN AB  A DIV J T Buy 5/8/2017 J
SVENSKA HANDELSBANKEN AB    Buy add'l 5/9/2017 J
SVENSKA HANDELSBANKEN AB    Buy add'l 5/9/2017 J
SVENSKA HANDELSBANKEN AB    Buy add'l 7/10/2017 J
SWATCH GROUP AG ADR  A DIV J T Buy 9/14/2017 J
SWIRE PACIFIC LTD SPONS ADR REPRESENTG A DIV J T Buy 5/8/2017 J
SWIRE PACIFIC LTD SPONS ADR REPRESENTG    Buy add'l 5/9/2017 J
SWIRE PACIFIC LTD SPONS ADR REPRESENTG    Buy add'l 5/9/2017 J
SWISS RE LTD SPONS ADR  A DIV J T Buy 5/8/2017 J
SWISS RE LTD SPONS ADR    Buy add'l 5/9/2017 J
SWISS RE LTD SPONS ADR    Buy add'l 5/9/2017 J
SWISS RE LTD SPONS ADR    Buy add'l 11/7/2017 J
SWISSCOM SPON ADR UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J
SWISSCOM SPON ADR UNSOLICITED ORDER    Buy add'l 5/9/2017 J
SWISSCOM SPON ADR UNSOLICITED ORDER    Buy add'l 5/9/2017 J
SYSMEX CORP ADR  A DIV J T Buy 9/12/2017 J
TAKEDA PHARMACEUTICAL CO    Buy 5/8/2017 J
TAKEDA PHARMACEUTICAL CO    Buy add'l 5/9/2017 J
TAKEDA PHARMACEUTICAL CO    Buy add'l 5/9/2017 J
TAKEDA PHARMACEUTICAL CO    Sold part 8/3/2017 J  L
TAKEDA PHARMACEUTICAL CO    Sold 8/3/2017 J  L
TELEFONICA S A ADR SPONS ADR  A DIV J T Buy 5/8/2017 J
TELEFONICA S A ADR SPONS ADR    Buy add'l 5/9/2017 J
TELEFONICA S A ADR SPONS ADR    Buy add'l 5/9/2017 J
TELSTRA LTD SPON ADR FINAL    Buy 5/11/2017 J
TENARIS S A SPONSORED ADR  A DIV J T Buy 8/3/2017 J
TERNA RETE ELETTRICA NAZIONALE SPA ADR A DIV J T Buy 5/8/2017 J
TERNA RETE ELETTRICA NAZIONALE SPA ADR    Buy add'l 5/9/2017 J
TERNA RETE ELETTRICA NAZIONALE SPA ADR    Buy add'l 5/9/2017 J
TEVA PHARMACEUTICAL INDUSTRIES LTD ADR    Buy 7/10/2017 J
TOKIO MARINE HLDGS INC ADR    Buy 5/8/2017 J
TOKIO MARINE HLDGS INC ADR    Buy add'l 5/9/2017 J
TOKIO MARINE HLDGS INC ADR    Buy add'l 5/9/2017 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

TORAY INDS INC ADR ISIN#US8908802064 A DIV J T Buy 5/11/2017 J
TOTAL S A SPONSORED ADR  A DIV J T Buy 5/8/2017 J
TOTAL S A SPONSORED ADR     Buy add'l 5/9/2017 J
TOTAL S A SPONSORED ADR     Buy add'l 5/9/2017 J
TOTAL S A SPONSORED ADR     Buy add'l 7/10/2017 J
TOTAL S A SPONSORED ADR     Buy add'l 7/11/2017 J
TOTAL S A SPONSORED ADR     Buy add'l 8/3/2017 J
TOYOTA MTR CO SPON ADR  A DIV J T Buy 5/8/2017 J
TOYOTA MTR CO SPON ADR     Buy add'l 5/9/2017 J
TOYOTA MTR CO SPON ADR     Buy add'l 5/9/2017 J
TOYOTA MTR CO SPON ADR     Buy add'l 7/10/2017 J
TOYOTA MTR CO SPON ADR     Buy add'l 7/11/2017 J
TOYOTA MTR CO SPON ADR     Buy add'l 8/3/2017 J
UBS GROUP AG SHS     Buy 5/8/2017 J
UBS GROUP AG SHS     Buy add'l 5/9/2017 J
UBS GROUP AG SHS     Buy add'l 5/9/2017 J
UBS GROUP AG SHS     Buy add'l 7/10/2017 J
UBS GROUP AG SHS     Buy add'l 9/12/2017 J
UBS GROUP AG SHS     Sold part 11/7/2017 J  L
UNIBAIL RODAMCO SE ADR REPSTG SHSH NEW A DIV J T Buy 5/8/2017 J
UNIBAIL RODAMCO SE ADR REPSTG SHSH NEW     Buy add'l 5/9/2017 J
UNIBAIL RODAMCO SE ADR REPSTG SHSH NEW     Buy add'l 5/9/2017 J
UNIBAIL RODAMCO SE ADR REPSTG SHSH NEW     Buy add'l 7/10/2017 J
UNICHARM CORP SPONSORED ADR  A DIV J T Buy 11/7/2017 J
UNILEVER NV NEW YORK SHS NEW  A DIV J T Buy 5/8/2017 J
UNILEVER NV NEW YORK SHS NEW     Buy add'l 5/9/2017 J
UNILEVER NV NEW YORK SHS NEW     Buy add'l 5/9/2017 J
UNILEVER NV NEW YORK SHS NEW     Buy add'l 7/10/2017 J
UNILEVER NV NEW YORK SHS NEW     Buy add'l 7/11/2017 J
UNILEVER PLC SPON ADR NEW  A DIV J T Buy 5/8/2017 J
UNILEVER PLC SPON ADR NEW     Buy add'l 5/9/2017 J
UNILEVER PLC SPON ADR NEW     Buy add'l 5/9/2017 J
UNITED OVERSEAS BK LTD  SPON ADR A DIV J T Buy 5/8/2017 J
UNITED OVERSEAS BK LTD  SPON ADR     Buy add'l 5/9/2017 J
UNITED OVERSEAS BK LTD  SPON ADR     Buy add'l 5/9/2017 J
UNITED UTILS GROUP PLC SPON ADR     Buy 5/8/2017 J
UNITED UTILS GROUP PLC SPON ADR     Buy add'l 5/9/2017 J
UNITED UTILS GROUP PLC SPON ADR     Buy add'l 5/9/2017 J
UPM KYMMENE CORP SPONSORED ADR A DIV J T Buy 5/8/2017 J
UPM KYMMENE CORP SPONSORED ADR     Buy add'l 5/9/2017 J
UPM KYMMENE CORP SPONSORED ADR     Buy add'l 11/7/2017 J
VALEO SPON ADR UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J
VALEO SPON ADR UNSOLICITED ORDER     Buy add'l 5/9/2017 J
VINCI S A ADR   A DIV J T Buy 5/8/2017 J
VINCI S A ADR     Buy add'l 5/9/2017 J
VINCI S A ADR     Buy add'l 5/9/2017 J
VIVENDI SA ADR   A DIV J T Buy 5/8/2017 J
VIVENDI SA ADR     Buy add'l 5/9/2017 J
VODAFONE GROUP PLC NEW SPONSORED ADR A DIV J T Buy 5/8/2017 J
VODAFONE GROUP PLC NEW SPONSORED ADR     Buy add'l 5/9/2017 J
VODAFONE GROUP PLC NEW SPONSORED ADR     Buy add'l 5/9/2017 J
VODAFONE GROUP PLC NEW SPONSORED ADR     Buy add'l 7/10/2017 J
VODAFONE GROUP PLC NEW SPONSORED ADR     Buy add'l 7/11/2017 J
WESTFIELD CORP SPONSORED ADR REPSTG     Buy 5/8/2017 J
WESTFIELD CORP SPONSORED ADR REPSTG     Buy add'l 5/9/2017 J
WESTFIELD CORP SPONSORED ADR REPSTG     Buy add'l 5/9/2017 J
WESTFIELD CORP SPONSORED ADR REPSTG     Sold 7/10/2017 J  L
WESTFIELD CORP SPONSORED ADR REPSTG A DIV J T Buy 9/12/2017 J
WESTPAC BANKING CORP ADR     Buy 5/8/2017 J
WESTPAC BANKING CORP ADR     Buy add'l 5/9/2017 J
WESTPAC BANKING CORP ADR     Buy add'l 5/9/2017 J
WESTPAC BANKING CORP ADR     Sold part 5/11/2017 J  L
WESTPAC BANKING CORP ADR     Buy 7/10/2017 J
WESTPAC BANKING CORP ADR     Buy add'l 7/11/2017 J
WESTPAC BANKING CORP ADR     Sold part 12/13/2017 J  L
WHARF HLDGS LTD ADR   A DIV J T Buy 5/8/2017 J
WHARF HLDGS LTD ADR     Buy add'l 5/9/2017 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

WHARF HLDGS LTD ADR      Buy add'l 5/9/2017  J
WM MORRISON SUPERMARKETS PLC ADR A DIV J T Buy  7/10/2017  J
WOLTERS KLUWER N V SPON ADR   A DIV J T Buy  9/12/2017  J
WPP PLC NEW ADR   A DIV J T Buy  5/8/2017  J
WPP PLC NEW ADR      Buy add'l 5/9/2017  J
WPP PLC NEW ADR      Buy add'l 5/9/2017  J
WPP PLC NEW ADR      Buy add'l 7/10/2017  J
WPP PLC NEW ADR      Buy add'l 11/7/2017  J
YAHOO JAPAN CORP ADR  A DIV J T Buy  8/3/2017  J
ZURICH INS GROUP LTD SPONSORED ADR A DIV J T Buy  5/8/2017  J
ZURICH INS GROUP LTD SPONSORED ADR      Buy add'l 5/9/2017  J
ZURICH INS GROUP LTD SPONSORED ADR      Buy add'l 5/9/2017  J
ZURICH INS GROUP LTD SPONSORED ADR      Buy add'l 7/10/2017  J
ZURICH INS GROUP LTD SPONSORED ADR      Buy add'l 8/3/2017  J


BROKERAGE #5,  Part VII, Line 58

**WESTERN DIGITAL CORP COM      Buy  9/14/2017  J
**WESTERN UN CO COM UNSOLICITED ORDER     Buy  11/16/2017  J
3M CO COM UNSOLICITED ORDER  A DIV J T Buy  5/8/2017  J
3M CO COM UNSOLICITED ORDER      Buy add'l 5/9/2017  J
3M CO COM UNSOLICITED ORDER      Buy add'l 5/9/2017  J
3M CO COM UNSOLICITED ORDER      Buy add'l 8/3/2017  J
3M CO COM UNSOLICITED ORDER      Buy add'l 9/14/2017  J
ABBOTT LABS COM UNSOLICITED ORDER     Buy  5/9/2017  J
ABBOTT LABS COM UNSOLICITED ORDER     Sold  8/3/2017  J   L
ABBVIE INC COM UNSOLICITED ORDER A DIV J T Buy  5/9/2017  J
ABBVIE INC COM UNSOLICITED ORDER     Buy add'l 9/14/2017  J
ACADIA RLTY TR COM UNSOLICITED ORDER     Buy  5/8/2017  J
ACADIA RLTY TR COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
ACADIA RLTY TR COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
ACADIA RLTY TR COM UNSOLICITED ORDER     Sold  5/11/2017  J   L
ACADIA RLTY TR COM UNSOLICITED ORDER A DIV J T Buy  6/26/2017  J
ACCENTURE PLC IRELAND CLASS SHS A DIV J T Buy  5/9/2017  J
ACCENTURE PLC IRELAND CLASS SHS     Buy add'l 9/14/2017  J
ACTIVISION BLIZZARD INC COM  A DIV J T Buy  5/8/2017  J
ACTIVISION BLIZZARD INC COM      Buy add'l 5/9/2017  J
ACTIVISION BLIZZARD INC COM      Buy add'l 9/14/2017  J
ADOBE SYS INC COM UNSOLICITED ORDER A DIV J T Buy  5/9/2017  J
ADOBE SYS INC COM UNSOLICITED ORDER     Buy add'l 9/14/2017  J
AETNA INC NEW COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
AETNA INC NEW COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
AETNA INC NEW COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
AETNA INC NEW COM UNSOLICITED ORDER     Buy add'l 8/3/2017  J
AETNA INC NEW COM UNSOLICITED ORDER     Buy add'l 9/14/2017  J
AGILENT TECHNOLOGIES INC COM  A DIV J T Buy  9/14/2017  J
AIR PRODS & CHEMS INC COM  A DIV J T Buy  9/14/2017  J
ALKERMES PLC SHS   A DIV J T Buy  11/16/2017  J
ALLERGAN PLC COM SHS     Buy  5/9/2017  J
ALLERGAN PLC COM SHS     Sold  8/3/2017  J   L
ALLIANT ENERGY CORP COM  A DIV J T Buy  5/9/2017  J
ALLIANT ENERGY CORP COM     Buy add'l 9/14/2017  J
ALLSTATE CORP COM UNSOLICITED ORDER A DIV J T Buy  9/6/2017  J
ALLSTATE CORP COM UNSOLICITED ORDER     Buy add'l 9/14/2017  J
ALPHABET INC CAP STK CL C  A DIV J T Buy  5/9/2017  J
ALPHABET INC CL A UNSOLICITED ORDER A DIV J T Buy add'l 5/9/2017  J
ALPHABET INC CL A UNSOLICITED ORDER     Buy add'l 9/14/2017  J
ALTRIA GROUP INC COM UNSOLICITED ORDER     Buy  5/8/2017  J
ALTRIA GROUP INC COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
ALTRIA GROUP INC COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
ALTRIA GROUP INC COM UNSOLICITED ORDER     Sold  5/11/2017  J   L
ALTRIA GROUP INC COM UNSOLICITED ORDER     Buy  9/6/2017  J
ALTRIA GROUP INC COM UNSOLICITED ORDER     Buy add'l 9/14/2017  J
ALTRIA GROUP INC COM UNSOLICITED ORDER     Sold  10/16/2017  J   L
ALTRIA GROUP INC COM UNSOLICITED ORDER A DIV J T Buy  11/16/2017  J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

```
AMAZON COM INC UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
AMAZON COM INC UNSOLICITED ORDER    Buy add'l 5/9/2017  J
AMAZON COM INC UNSOLICITED ORDER    Buy add'l 5/9/2017  J
AMAZON COM INC UNSOLICITED ORDER    Buy add'l 9/14/2017  J
AMERICAN ASSETS TR INC COM    Buy  5/8/2017  J
AMERICAN ASSETS TR INC COM    Buy add'l 5/9/2017  J
AMERICAN ASSETS TR INC COM    Buy add'l 5/9/2017  J
AMERICAN ASSETS TR INC COM    Sold part 11/16/2017  J   L
AMERICAN EXPRESS COMPANY  A DIV J T Buy  5/8/2017  J
AMERICAN EXPRESS COMPANY    Buy add'l 5/9/2017  J
AMERICAN EXPRESS COMPANY    Buy add'l 5/9/2017  J
AMERICAN EXPRESS COMPANY    Buy add'l 9/14/2017  J
AMERICAN INTL GROUP INC COM NEW A DIV J T Buy  5/8/2017  J
AMERICAN INTL GROUP INC COM NEW    Buy add'l 5/9/2017  J
AMERICAN INTL GROUP INC COM NEW    Buy add'l 5/9/2017  J
AMERICAN INTL GROUP INC COM NEW    Buy add'l 9/14/2017  J
AMERICAN TOWER REIT COM  A DIV J T Buy  5/8/2017  J
AMERICAN TOWER REIT COM    Buy add'l 5/9/2017  J
AMERICAN TOWER REIT COM    Buy add'l 5/9/2017  J
AMERICAN TOWER REIT COM    Buy add'l 9/14/2017  J
AMERIPRISE FINL INC COM  A DIV J T Buy  9/14/2017  J
AMERISOURCE BERGEN CORP COM  A DIV J T Buy  10/16/2017  J
AMGEN INC COM    Buy  5/8/2017  J
AMGEN INC COM    Buy add'l 5/9/2017  J
AMGEN INC COM    Buy add'l 5/9/2017  J
AMGEN INC COM    Buy add'l 9/14/2017  J
AMGEN INC COM    Sold part 11/16/2017  J   L
AMPHENOL CORP NEW CL UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
AMPHENOL CORP NEW CL UNSOLICITED ORDER    Buy add'l 5/9/2017  J
AMPHENOL CORP NEW CL UNSOLICITED ORDER    Buy add'l 5/9/2017  J
ANADARKO PETE CORP COM  A DIV J T Buy  5/9/2017  J
ANADARKO PETE CORP COM    Buy add'l 11/16/2017  J
ANALOG DEVICES INC COM  A DIV J T Buy  5/9/2017  J
ANALOG DEVICES INC COM    Buy add'l 9/14/2017  J
ANTHEM INC COM  A DIV J T Buy  5/8/2017  J
ANTHEM INC COM    Buy add'l 5/9/2017  J
ANTHEM INC COM    Buy add'l 5/9/2017  J
ANTHEM INC COM    Buy add'l 8/3/2017  J
ANTHEM INC COM    Buy add'l 9/14/2017  J
AON PLC SHS CL A  A DIV J T Buy  5/8/2017  J
AON PLC SHS CL A    Buy add'l 5/9/2017  J
AON PLC SHS CL A    Buy add'l 5/9/2017  J
AON PLC SHS CL A    Buy add'l 9/14/2017  J
APPLE INC COM  A DIV J T Buy  5/8/2017  J
APPLE INC COM    Buy add'l 5/9/2017  J
APPLE INC COM    Buy add'l 5/9/2017  J
APPLE INC COM    Buy add'l 9/14/2017  J
APPLIED MATERIALS INC  A DIV J T Buy  5/8/2017  J
APPLIED MATERIALS INC    Buy add'l 5/9/2017  J
APPLIED MATERIALS INC    Buy add'l 5/9/2017  J
APPLIED MATERIALS INC    Buy add'l 9/14/2017  J
AQUA AMER INC COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
AQUA AMER INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
AQUA AMER INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
ASPEN INSURANCE HLDGS LTD SHS    Buy  5/8/2017  J
ASPEN INSURANCE HLDGS LTD SHS    Buy add'l 5/9/2017  J
ASPEN INSURANCE HLDGS LTD SHS    Buy add'l 5/9/2017  J
ASPEN INSURANCE HLDGS LTD SHS    Sold  8/3/2017  J   L
ASSOCIATED BANC CORP COM    Buy  5/8/2017  J
ASSOCIATED BANC CORP COM    Buy add'l 5/9/2017  J
ASSOCIATED BANC CORP COM    Buy add'l 5/9/2017  J
ASSOCIATED BANC CORP COM    Sold  9/6/2017  J   L
AT&T INC COM UNSOLICITED ORDER    Buy  5/8/2017  J
AT&T INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
AT&T INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
AT&T INC COM UNSOLICITED ORDER    Sold part 5/11/2017  J   L
AT&T INC COM UNSOLICITED ORDER    Buy  10/16/2017  J
```

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

AT&T INC COM UNSOLICITED ORDER    Sold 11/16/2017  J  L
AUTOMATIC DATA PROCESSING INC COM A DIV J T Buy 5/8/2017 J
AUTOMATIC DATA PROCESSING INC COM    Buy add'l 5/9/2017  J
AUTOMATIC DATA PROCESSING INC COM    Buy add'l 5/9/2017  J
AUTOMATIC DATA PROCESSING INC COM    Buy add'l 9/14/2017  J
AUTOZONE INC COM UNSOLICITED ORDER    Sold 8/3/2017  J  L
AUTOZONE INC COM UNSOLICITED ORDER    Buy 6/26/2017  J
AVALONBAY CMNTYS INC COM  A DIV J T Buy 9/14/2017 J
AVISTA CORP COM UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J
AVISTA CORP COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
AVISTA CORP COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
AVNET INC COM UNSOLICITED ORDER    Buy 5/9/2017  J
AXIS CAPITAL HLDGS LTD SHS    Buy 9/14/2017  J
AXIS CAPITAL HLDGS LTD SHS    Sold 10/16/2017  J  L
BANK AMER CORP COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017 J
BANK AMER CORP COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BANK AMER CORP COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BANK AMER CORP COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J
BANK OF NEW YORK MELLON CORP COM A DIV J T Buy  5/8/2017  J
BANK OF NEW YORK MELLON CORP COM    Buy add'l 5/9/2017  J
BANK OF NEW YORK MELLON CORP COM    Buy add'l 5/9/2017  J
BANK OF NEW YORK MELLON CORP COM    Buy add'l 9/14/2017  J
BARD C R INC COM UNSOLICITED ORDER A DIV J T Buy 5/11/2017 J
BARD C R INC COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J
BAXTER INTL INC COM UNSOLICITED ORDER    Buy 5/8/2017  J
BAXTER INTL INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BAXTER INTL INC COM UNSOLICITED ORDER    Sold 8/3/2017  J  L
BECTON DICKINSON & CO  A DIV J T Buy 5/8/2017 J
BECTON DICKINSON & CO    Buy add'l 5/9/2017  J
BECTON DICKINSON & CO    Buy add'l 5/9/2017  J
BECTON DICKINSON & CO    Buy add'l 9/14/2017  J
BERKSHIRE HATHAWAY INC DEL CL B NEW A DIV J T Buy  5/8/2017 J
BERKSHIRE HATHAWAY INC DEL CL B NEW    Buy add'l 5/9/2017  J
BERKSHIRE HATHAWAY INC DEL CL B NEW    Buy add'l 5/9/2017  J
BERKSHIRE HATHAWAY INC DEL CL B NEW    Buy add'l 9/14/2017  J
BIO RAD LABS INC CL A  A DIV J T Buy 11/16/2017  J
BIOGEN IDEC INC COM  A DIV J T Buy 5/8/2017 J
BIOGEN IDEC INC COM    Buy add'l 5/9/2017  J
BIOGEN IDEC INC COM    Buy add'l 5/9/2017  J
BIOGEN IDEC INC COM    Buy add'l 9/14/2017  J
BIO-TECHNE CORP COM UNSOLICITED ORDER A DIV J T Buy 11/16/2017 J
BIOVERATIV INC COM UNSOLICITED ORDER A DIV J T Buy 11/16/2017 J
BLACKROCK INC COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017 J
BLACKROCK INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BLACKROCK INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BLACKROCK INC COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J
BOEING CO COM UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J
BOEING CO COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BOEING CO COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
BOEING CO COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J
BOSTON SCIENTIFIC CORP  A DIV J T Buy 5/8/2017  J
BOSTON SCIENTIFIC CORP    Buy add'l 5/9/2017  J
BOSTON SCIENTIFIC CORP    Buy add'l 9/14/2017  J
BRISTOL MYERS SQUIBB CO COM    Buy 5/8/2017  J
BRISTOL MYERS SQUIBB CO COM    Buy add'l 5/9/2017  J
BRISTOL MYERS SQUIBB CO COM    Buy add'l 5/9/2017  J
BRISTOL MYERS SQUIBB CO COM    Sold 8/3/2017  J  L
BRIXMOR PPTY GROUP INC COM  A DIV J T Buy 11/16/2017  J
BROADCOM LTD SHS ISIN#SG9999014823 A DIV J T Buy 5/8/2017  J
BROADCOM LTD SHS ISIN#SG9999014823    Buy add'l 5/9/2017  J
BROADCOM LTD SHS ISIN#SG9999014823    Buy add'l 5/9/2017  J
BROADCOM LTD SHS ISIN#SG9999014823    Buy add'l 9/14/2017  J
CAPITAL ONE FINL CORP COM  A DIV J T Buy 5/8/2017  J
CAPITAL ONE FINL CORP COM    Buy add'l 5/9/2017  J
CAPITAL ONE FINL CORP COM    Buy add'l 5/9/2017  J
CAPITAL ONE FINL CORP COM    Buy add'l 9/14/2017  J
CAPITOL FED FINL INC COM    Buy 9/6/2017  J

**FINANCIAL DISCLOSURE REPORT**

Page 22 of 35

Name of Person Reporting

CECCHI, CLAIRE C.

Date of Report

02/20/2019

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CAPITOL FED FINL INC COM       Buy add'l 9/14/2017 J

CAPITOL FED FINL INC COM       Sold 11/16/2017 J  L

CARDINAL HEALTH INC COM       Buy 5/9/2017 J

CARDINAL HEALTH INC COM       Buy add'l 8/3/2017 J

CARDINAL HEALTH INC COM       Sold 11/16/2017 J  L

CARNIVAL CORP PAIRED CTF 1 COM CARNIVAL A DIV J T Buy  5/8/2017 J

CARNIVAL CORP PAIRED CTF 1 COM CARNIVAL     Buy add'l 5/9/2017 J

CATERPILLAR INC COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017 J

CATERPILLAR INC COM UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CATERPILLAR INC COM UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CATERPILLAR INC COM UNSOLICITED ORDER     Buy add'l 9/14/2017 J

CELGENE CORP UNSOLICITED ORDER     Buy 5/8/2017 J

CELGENE CORP UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CELGENE CORP UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CELGENE CORP UNSOLICITED ORDER     Buy add'l 9/14/2017 J

CELGENE CORP UNSOLICITED ORDER     Sold part 11/16/2017 J  L

CELGENE CORP UNSOLICITED ORDER     Sold 11/16/2017 J  L

CENTURYLINK INC COM UNSOLICITED ORDER A DIV J T Buy 10/16/2017 J

CENTURYLINK INC COM UNSOLICITED ORDER     Buy add'l 11/16/2017 J

CHARLES RIV LABORATORIES INTL  A DIV J T Buy 11/16/2017 J

CHARTER COMMUNICATIONS INC     Buy 5/8/2017 J

CHARTER COMMUNICATIONS INC     Buy add'l 5/9/2017 J

CHARTER COMMUNICATIONS INC     Buy add'l 5/9/2017 J

CHARTER COMMUNICATIONS INC     Buy add'l 9/14/2017 J

CHARTER COMMUNICATIONS INC     Sold part 11/16/2017 J  L

CHEVRON CORP NEW COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017 J

CHEVRON CORP NEW COM UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CHEVRON CORP NEW COM UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CHEVRON CORP NEW COM UNSOLICITED ORDER     Buy add'l 9/14/2017 J

CHUBB LTD COM   A DIV J T Buy 5/8/2017 J

CHUBB LTD COM       Buy add'l 5/9/2017 J

CHUBB LTD COM       Buy add'l 5/9/2017 J

CHUBB LTD COM       Buy add'l 9/6/2017 J

CHUBB LTD COM       Buy add'l 9/14/2017 J

CHURCH & DWIGHT CO INC     Buy 5/8/2017 J

CHURCH & DWIGHT CO INC     Buy add'l 5/9/2017 J

CHURCH & DWIGHT CO INC     Buy add'l 5/9/2017 J

CIGNA CORP COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017 J

CIGNA CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CIGNA CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CIGNA CORP COM UNSOLICITED ORDER     Buy add'l 8/3/2017 J

CIGNA CORP COM UNSOLICITED ORDER     Buy add'l 9/14/2017 J

CISCO SYSTEMS INC UNSOLICITED ORDER     Buy 5/8/2017 J

CISCO SYSTEMS INC UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CISCO SYSTEMS INC UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CISCO SYSTEMS INC UNSOLICITED ORDER     Sold 8/3/2017 J  L

CISCO SYSTEMS INC UNSOLICITED ORDER A DIV J T Buy 9/6/2017 J

CISCO SYSTEMS INC UNSOLICITED ORDER     Buy add'l 9/14/2017 J

CITIGROUP INC COM NEW  A DIV J T Buy 5/11/2017 J

CITIGROUP INC COM NEW     Buy add'l 9/14/2017 J

CITRIX SYSTEMS INC UNSOLICITED ORDER A DIV J T Buy 9/14/2017 J

CLOROX CO COM   A DIV J T Buy 5/8/2017 J

CLOROX CO COM     Buy add'l 5/9/2017 J

CLOROX CO COM     Buy add'l 5/9/2017 J

CLOROX CO COM     Buy add'l 9/14/2017 J

CME GROUP INC COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017 J

CME GROUP INC COM UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CME GROUP INC COM UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CME GROUP INC COM UNSOLICITED ORDER     Buy add'l 9/14/2017 J

CMS ENERGY CORP UNSOLICITED ORDER A DIV J T Buy  5/8/2017 J

CMS ENERGY CORP UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CMS ENERGY CORP UNSOLICITED ORDER     Buy add'l 5/9/2017 J

CMS ENERGY CORP UNSOLICITED ORDER     Buy add'l 9/14/2017 J

COCA COLA COMPANY UNSOLICITED ORDER A DIV J T Buy  5/8/2017 J

COCA COLA COMPANY UNSOLICITED ORDER     Buy add'l 5/9/2017 J

COCA COLA COMPANY UNSOLICITED ORDER     Buy add'l 5/9/2017 J

COCA COLA COMPANY UNSOLICITED ORDER     Buy add'l 9/14/2017 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

COCA COLA COMPANY UNSOLICITED ORDER    Buy add'l 11/16/2017 J

COGENT COMMUNICATIONS HLDGS  A DIV J T Buy  11/16/2017  J

COGNIZANT TECHNOLOGY SOLUTIONS CORP A DIV J T Buy  5/8/2017  J

COGNIZANT TECHNOLOGY SOLUTIONS CORP    Buy add'l 5/9/2017  J

COGNIZANT TECHNOLOGY SOLUTIONS CORP    Buy add'l 5/9/2017  J

COGNIZANT TECHNOLOGY SOLUTIONS CORP    Buy add'l 9/14/2017  J

COLGATE PALMOLIVE CO COM  A DIV J T Buy  5/8/2017  J

COLGATE PALMOLIVE CO COM    Buy add'l 5/9/2017  J

COLGATE PALMOLIVE CO COM    Buy add'l 5/9/2017  J

COLGATE PALMOLIVE CO COM    Buy add'l 9/14/2017  J

COLGATE PALMOLIVE CO COM    Buy add'l 11/16/2017  J

COMCAST CORP CL A UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J

COMCAST CORP CL A UNSOLICITED ORDER    Buy add'l 5/9/2017  J

COMCAST CORP CL A UNSOLICITED ORDER    Buy add'l 5/9/2017  J

COMCAST CORP CL A UNSOLICITED ORDER    Buy add'l 9/14/2017  J

CONAGRA BRANDS INC COM  A DIV J T Buy  9/6/2017  J

CONOCOPHILLIPS COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J

CONOCOPHILLIPS COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

CONOCOPHILLIPS COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

CONOCOPHILLIPS COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J

CONSTELLATION BRANDS INC CL A  A DIV J T Buy  5/8/2017  J

CONSTELLATION BRANDS INC CL A    Buy add'l 5/9/2017  J

CONSTELLATION BRANDS INC CL A    Buy add'l 9/14/2017  J

COOPER COS INC COM NEW  A DIV J T Buy  11/16/2017  J

COSTCO WHOLESALE CORP NEW COM A DIV J T Buy  5/8/2017  J

COSTCO WHOLESALE CORP NEW COM    Buy add'l 5/9/2017  J

COSTCO WHOLESALE CORP NEW COM    Buy add'l 5/9/2017  J

COSTCO WHOLESALE CORP NEW COM    Buy add'l 9/14/2017  J

COTY INC COM CL A  A DIV J T Buy  11/16/2017  J

CRANE COMPANY UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J

CRANE COMPANY UNSOLICITED ORDER    Buy add'l 5/9/2017  J

CROWN CASTLE INTL CORP NEW COM A DIV J T Buy  5/8/2017  J

CROWN CASTLE INTL CORP NEW COM    Buy add'l 5/9/2017  J

CROWN CASTLE INTL CORP NEW COM    Buy add'l 9/14/2017  J

CSX CORP COM    Buy  5/8/2017  J

CSX CORP COM    Buy add'l 5/9/2017  J

CSX CORP COM    Buy add'l 5/9/2017  J

CSX CORP COM    Buy add'l 9/14/2017  J

CSX CORP COM    Sold part 11/16/2017 J  L

CUMMINS INC UNSOLICITED ORDER  A DIV J T Buy  9/14/2017  J

CVS HEALTH CORP COM    Buy  5/8/2017  J

CVS HEALTH CORP COM    Buy add'l 5/9/2017  J

CVS HEALTH CORP COM    Buy add'l 5/9/2017  J

CVS HEALTH CORP COM    Buy add'l 9/14/2017  J

CVS HEALTH CORP COM    Sold 10/16/2017 J  L

CVS HEALTH CORP COM    Sold 10/16/2017 J  L

CVS HEALTH CORP COM   A DIV J T Buy  11/16/2017  J

DANAHER CORP COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J

DANAHER CORP COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

DANAHER CORP COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

DANAHER CORP COM UNSOLICITED ORDER    Buy add'l 8/3/2017  J

DANAHER CORP COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J

DAVITA INC COM   A DIV J T Buy  11/16/2017  J

DCT INDL TR INC COM NEW  A DIV J T Buy  5/8/2017  J

DCT INDL TR INC COM NEW    Buy add'l 5/9/2017  J

DCT INDL TR INC COM NEW    Buy add'l 5/9/2017  J

DDR CORP COM UNSOLICITED ORDER    Buy  5/9/2017  J

DEERE & CO UNSOLICITED ORDER  A DIV J T Buy  5/8/2017  J

DEERE & CO UNSOLICITED ORDER    Buy add'l 5/9/2017  J

DEERE & CO UNSOLICITED ORDER    Buy add'l 9/14/2017  J

DELTA AIRLINES INC COM NEW  A DIV J T Buy  5/8/2017  J

DELTA AIRLINES INC COM NEW    Buy add'l 5/9/2017  J

DELTA AIRLINES INC COM NEW    Buy add'l 5/9/2017  J

DELTA AIRLINES INC COM NEW    Buy add'l 9/14/2017  J

DISCOVER FINL SVCS COM INC  A DIV J T Buy  5/9/2017  J

DISCOVER FINL SVCS COM INC    Buy add'l 9/6/2017  J

DISNEY WALT CO DISNEY COM    Buy  5/8/2017  J

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

```
DISNEY WALT CO DISNEY COM        Buy add'l 5/9/2017  J
DISNEY WALT CO DISNEY COM        Buy add'l 5/9/2017  J
DISNEY WALT CO DISNEY COM        Sold 6/26/2017  J   L
DISNEY WALT CO DISNEY COM        Buy 8/3/2017  J
DISNEY WALT CO DISNEY COM        Sold 9/6/2017  J   L
DISNEY WALT CO DISNEY COM   A DIV J T Buy 10/16/2017  J
DISNEY WALT CO DISNEY COM        Buy add'l 11/16/2017  J
DOLLAR GEN CORP NEW COM   A DIV J T Buy 9/14/2017  J
DOMINION ENERGY INC COM   A DIV J T Buy 9/14/2017  J
DOMINION RES INC VA COM        Buy 5/8/2017  J
DOMINION RES INC VA COM        Buy add'l 5/9/2017  J
DOMINION RES INC VA COM        Buy add'l 5/9/2017  J
DOW CHEM CO COM UNSOLICITED ORDER        Buy 5/8/2017  J
DOW CHEM CO COM UNSOLICITED ORDER        Buy add'l 5/9/2017  J
DOW CHEM CO COM UNSOLICITED ORDER        Buy add'l 5/9/2017  J
DOWDUPONT INC COM   A DIV J T Buy 9/14/2017  J
DR PEPPER SNAPPLE GROUP INC COM        Buy 5/8/2017  J
DR PEPPER SNAPPLE GROUP INC COM        Buy add'l 5/9/2017  J
DR PEPPER SNAPPLE GROUP INC COM        Buy add'l 5/9/2017  J
DR PEPPER SNAPPLE GROUP INC COM        Sold 10/16/2017  J   L
DU PONT E I DE NEMOURS & CO COM        Buy 5/8/2017  J
DU PONT E I DE NEMOURS & CO COM        Buy add'l 5/9/2017  J
DU PONT E I DE NEMOURS & CO COM        Buy add'l 5/9/2017  J
DU PONT E I DE NEMOURS & CO COM        Sold 8/3/2017  J   L
EATON CORPORATION PLC SHS   A DIV J T Buy 5/8/2017  J
EATON CORPORATION PLC SHS        Buy add'l 5/9/2017  J
EATON CORPORATION PLC SHS        Buy add'l 5/9/2017  J
EATON CORPORATION PLC SHS        Buy add'l 9/14/2017  J
EBAY INC COM UNSOLICITED ORDER        Buy 5/8/2017  J
EBAY INC COM UNSOLICITED ORDER        Buy add'l 5/9/2017  J
EBAY INC COM UNSOLICITED ORDER        Buy add'l 5/9/2017  J
EBAY INC COM UNSOLICITED ORDER        Buy add'l 9/14/2017  J
EBAY INC COM UNSOLICITED ORDER        Sold part 11/16/2017  J   L
ECOLAB INC COM UNSOLICITED ORDER   A DIV J T Buy 5/8/2017  J
ECOLAB INC COM UNSOLICITED ORDER        Buy add'l 5/9/2017  J
ECOLAB INC COM UNSOLICITED ORDER        Buy add'l 5/9/2017  J
ECOLAB INC COM UNSOLICITED ORDER        Buy add'l 9/14/2017  J
EDWARDS LIFESCIENCES CORP COM        Buy 9/14/2017  J
EDWARDS LIFESCIENCES CORP COM        Sold part 11/16/2017  J   L
EL PASO ELECTRIC CO COM NEW   A DIV J T Buy 9/14/2017  J
EMERSON ELEC CO COM UNSOLICITED ORDER   A DIV J T Buy 5/8/2017  J
EMERSON ELEC CO COM UNSOLICITED ORDER        Buy add'l 5/9/2017  J
EMERSON ELEC CO COM UNSOLICITED ORDER        Buy add'l 5/9/2017  J
EMERSON ELEC CO COM UNSOLICITED ORDER        Buy add'l 9/14/2017  J
ENVISION HEALTHCARE CORP COM        Buy 10/16/2017  J
ENVISION HEALTHCARE CORP COM        Sold 11/16/2017  J   L
EOG RES INC COM        Buy 5/8/2017  J
EOG RES INC COM        Buy add'l 5/9/2017  J
EOG RES INC COM        Buy add'l 5/9/2017  J
EOG RES INC COM        Sold 6/26/2017  J   L
EOG RES INC COM   A DIV J T Buy 9/14/2017  J
EQUITY RESIDENTIAL SHS BEN INT   A DIV J T Buy 9/14/2017  J
ESTEE LAUDER COMPANIES INC CL A   A DIV J T Buy 11/16/2017  J
EXELON CORP COM UNSOLICITED ORDER   A DIV J T Buy 5/8/2017  J
EXELON CORP COM UNSOLICITED ORDER        Buy add'l 5/9/2017  J
EXELON CORP COM UNSOLICITED ORDER        Buy add'l 5/9/2017  J
EXELON CORP COM UNSOLICITED ORDER        Buy add'l 9/14/2017  J
EXPEDIA INC DEL COM NEW        Buy 9/14/2017  J
EXPEDITORS INTL WASH INC   A DIV J T Buy 5/8/2017  J
EXPEDITORS INTL WASH INC        Buy add'l 5/9/2017  J
EXPEDITORS INTL WASH INC        Buy add'l 5/9/2017  J
EXPRESS SCRIPTS HLDG CO COM        Buy 5/8/2017  J
EXPRESS SCRIPTS HLDG CO COM        Buy add'l 5/9/2017  J
EXPRESS SCRIPTS HLDG CO COM        Buy add'l 5/9/2017  J
EXPRESS SCRIPTS HLDG CO COM        Sold 10/16/2017  J   L
EXPRESS SCRIPTS HLDG CO COM   A DIV J T Buy 11/16/2017  J
EXXON MOBIL CORP COM UNSOLICITED ORDER   A DIV J T Buy 5/8/2017  J
```

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

EXXON MOBIL CORP COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J

EXXON MOBIL CORP COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J

EXXON MOBIL CORP COM UNSOLICITED ORDER   Buy add'l 9/14/2017 J

F5 NETWORKS INC COM UNSOLICITED ORDER   Buy 11/16/2017 J

FACEBOOK INC CL A UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J

FACEBOOK INC CL A UNSOLICITED ORDER   Buy add'l 5/9/2017 J

FACEBOOK INC CL A UNSOLICITED ORDER   Buy add'l 5/9/2017 J

FACEBOOK INC CL A UNSOLICITED ORDER   Buy add'l 9/14/2017 J

FEDEX CORP COM UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J

FEDEX CORP COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J

FEDEX CORP COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J

FEDEX CORP COM UNSOLICITED ORDER   Buy add'l 9/14/2017 J

FIDELITY NATL INFORMATION SVCS INC A DIV J T Buy 5/8/2017 J

FIDELITY NATL INFORMATION SVCS INC   Buy add'l 5/9/2017 J

FIDELITY NATL INFORMATION SVCS INC   Buy add'l 5/9/2017 J

FIDELITY NATL INFORMATION SVCS INC   Buy add'l 9/14/2017 J

FIRST COMWLTH FINL CORP PA COM A DIV J T Buy 5/8/2017 J

FIRST COMWLTH FINL CORP PA COM   Buy add'l 5/9/2017 J

FIRST COMWLTH FINL CORP PA COM   Buy add'l 5/9/2017 J

FIRST MIDWEST BANCORP INC DEL COM   Buy 5/8/2017 J

FIRST MIDWEST BANCORP INC DEL COM   Buy add'l 5/9/2017 J

FIRST MIDWEST BANCORP INC DEL COM   Buy add'l 5/9/2017 J

FISERV INC COM UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J

FISERV INC COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J

FISERV INC COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J

FOOT LOCKER INC COM   A DIV J T Buy 11/16/2017 J

FORD MOTOR CO DEL COM PAR   A DIV J T Buy 5/8/2017 J

FORD MOTOR CO DEL COM PAR   Buy add'l 5/9/2017 J

FORD MOTOR CO DEL COM PAR   Buy add'l 5/9/2017 J

FORD MOTOR CO DEL COM PAR   Buy add'l 9/14/2017 J

GENERAL DYNAMICS CORP COM   A DIV J T Buy 5/8/2017 J

GENERAL DYNAMICS CORP COM   Buy add'l 5/9/2017 J

GENERAL DYNAMICS CORP COM   Buy add'l 5/9/2017 J

GENERAL DYNAMICS CORP COM   Buy add'l 10/16/2017 J

GENERAL ELECTRIC CO COM   Buy 5/8/2017 J

GENERAL ELECTRIC CO COM   Buy add'l 5/9/2017 J

GENERAL ELECTRIC CO COM   Buy add'l 5/9/2017 J

GENERAL ELECTRIC CO COM   Sold part 8/3/2017 J  L

GENERAL ELECTRIC CO COM   Buy 9/6/2017 J

GENERAL ELECTRIC CO COM   Buy add'l 9/14/2017 J

GENERAL ELECTRIC CO COM   Sold part 10/16/2017 J  L

GENERAL MILLS INC COM   Buy 5/8/2017 J

GENERAL MILLS INC COM   Buy add'l 5/9/2017 J

GENERAL MILLS INC COM   Buy add'l 5/9/2017 J

GENERAL MILLS INC COM   Sold 9/6/2017 J  L

GENERAL MTRS CO COM UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J

GENERAL MTRS CO COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J

GENERAL MTRS CO COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J

GENERAL MTRS CO COM UNSOLICITED ORDER   Buy add'l 9/14/2017 J

GGP INC COM   A DIV J T Buy 11/16/2017 J

GILEAD SCIENCES INC UNSOLICITED ORDER   Buy 5/8/2017 J

GILEAD SCIENCES INC UNSOLICITED ORDER   Buy add'l 5/9/2017 J

GILEAD SCIENCES INC UNSOLICITED ORDER   Buy add'l 5/9/2017 J

GILEAD SCIENCES INC UNSOLICITED ORDER   Buy add'l 9/14/2017 J

GILEAD SCIENCES INC UNSOLICITED ORDER   Sold part 11/16/2017 J  L

GOLDMAN SACHS GROUP INC COM   Buy 5/8/2017 J

GOLDMAN SACHS GROUP INC COM   Buy add'l 5/9/2017 J

GOLDMAN SACHS GROUP INC COM   Buy add'l 5/9/2017 J

GOLDMAN SACHS GROUP INC COM   Sold 6/26/2017 J  L

GOLDMAN SACHS GROUP INC COM   A DIV J T Buy 8/3/2017 J

GOLDMAN SACHS GROUP INC COM   Buy add'l 9/14/2017 J

GRAINGER WW INC UNSOLICITED ORDER A DIV J T Buy 9/14/2017 J

GREAT WESTN BANCORP INC COM   A DIV J T Buy 9/6/2017 J

HALLIBURTON CO COM UNSOLICITED ORDER   Buy 5/8/2017 J

HALLIBURTON CO COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J

HALLIBURTON CO COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J

HALLIBURTON CO COM UNSOLICITED ORDER   Sold 5/11/2017 J  L

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

HALLIBURTON CO COM UNSOLICITED ORDER A DIV J T Buy 6/26/2017 J
HALLIBURTON CO COM UNSOLICITED ORDER   Buy add'l 9/14/2017 J
HARTFORD FINL SVCS GROUP INC COM A DIV J T Buy 5/8/2017 J
HARTFORD FINL SVCS GROUP INC COM   Buy add'l 5/9/2017 J
HARTFORD FINL SVCS GROUP INC COM   Buy add'l 5/9/2017 J
HCA HEALTHCARE INC COM   Buy 5/8/2017 J
HCA HEALTHCARE INC COM   Buy add'l 5/9/2017 J
HEALTHCARE TR AMER INC CL A NEW A DIV J T Buy 5/8/2017 J
HEALTHCARE TR AMER INC CL A NEW   Buy add'l 5/9/2017 J
HEALTHCARE TR AMER INC CL A NEW   Buy add'l 5/9/2017 J
HENRY JACK & ASSOC INC COM  A DIV J T Buy 5/8/2017 J
HENRY JACK & ASSOC INC COM   Buy add'l 5/9/2017 J
HENRY JACK & ASSOC INC COM   Buy add'l 5/9/2017 J
HEWLETT PACKARD ENTERPRISE CO COM   Buy 5/8/2017 J
HEWLETT PACKARD ENTERPRISE CO COM   Buy add'l 5/9/2017 J
HEWLETT PACKARD ENTERPRISE CO COM   Buy add'l 5/9/2017 J
HEWLETT PACKARD ENTERPRISE CO COM   Sold part 5/11/2017 J  L
HOLOGIC INC COM UNSOLICITED ORDER A DIV J T Buy 11/16/2017 J
HOME DEPOT INC COM UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J
HOME DEPOT INC COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J
HOME DEPOT INC COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J
HOME DEPOT INC COM UNSOLICITED ORDER   Buy add'l 9/14/2017 J
HONEYWELL INTL INC COM  A DIV J T Buy 5/8/2017 J
HONEYWELL INTL INC COM   Buy add'l 5/9/2017 J
HONEYWELL INTL INC COM   Buy add'l 5/9/2017 J
HONEYWELL INTL INC COM   Buy add'l 9/14/2017 J
HORACE MANN EDUCATORS CORP   Buy 5/8/2017 J
HORACE MANN EDUCATORS CORP   Buy add'l 5/9/2017 J
HORACE MANN EDUCATORS CORP   Buy add'l 5/9/2017 J
HORACE MANN EDUCATORS CORP   Sold 8/3/2017 J  L
HP INC COM UNSOLICITED ORDER  A DIV J T Buy 5/8/2017 J
HP INC COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J
HUMANA INC COM UNSOLICITED ORDER   Buy 5/8/2017 J
HUMANA INC COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J
HUMANA INC COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J
HUMANA INC COM UNSOLICITED ORDER   Buy add'l 8/3/2017 J
HUMANA INC COM UNSOLICITED ORDER   Sold part 11/16/2017 J  L
ICU MED INC COM UNSOLICITED ORDER A DIV J T Buy 9/14/2017 J
IDACORP INC COM UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J
IDACORP INC COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J
IDACORP INC COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J
IDACORP INC COM UNSOLICITED ORDER   Buy add'l 9/14/2017 J
IDEX CORP UNSOLICITED ORDER  A DIV J T Buy 5/8/2017 J
IDEX CORP UNSOLICITED ORDER   Buy add'l 5/9/2017 J
ILLINOIS TOOL WORKS INC COM  A DIV J T Buy 5/8/2017 J
ILLINOIS TOOL WORKS INC COM   Buy add'l 5/9/2017 J
ILLINOIS TOOL WORKS INC COM   Buy add'l 5/9/2017 J
ILLINOIS TOOL WORKS INC COM   Buy add'l 9/14/2017 J
ILLUMINA INC COM  A DIV J T Buy 9/14/2017 J
INCYTE CORP COM  A DIV J T Buy 11/16/2017 J
INGERSOLL RAND PLC SHS   Buy 9/14/2017 J
INGERSOLL RAND PLC SHS   Sold part 11/16/2017 J  L
INTEL CORP COM UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J
INTEL CORP COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J
INTEL CORP COM UNSOLICITED ORDER   Buy add'l 5/9/2017 J
INTEL CORP COM UNSOLICITED ORDER   Buy add'l 9/14/2017 J
INTERCONTINENTAL EXCHANGE INC COM A DIV J T Buy 5/8/2017 J
INTERCONTINENTAL EXCHANGE INC COM   Buy add'l 5/9/2017 J
INTERCONTINENTAL EXCHANGE INC COM   Buy add'l 5/9/2017 J
INTERNATIONAL BUSINESS MACHS CORP   Buy 5/8/2017 J
INTERNATIONAL BUSINESS MACHS CORP   Buy add'l 5/9/2017 J
INTERNATIONAL BUSINESS MACHS CORP   Buy add'l 5/9/2017 J
INTERNATIONAL BUSINESS MACHS CORP   Sold 5/11/2017 J  L
INTERNATIONAL BUSINESS MACHS CORP   Buy 9/6/2017 J
INTERNATIONAL BUSINESS MACHS CORP   Buy add'l 9/14/2017 J
INTERNATIONAL BUSINESS MACHS CORP   Sold 10/16/2017 J  L
INTERNATIONAL BUSINESS MACHS CORP A DIV J T Buy 11/16/2017 J

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

```
INTERPUBLIC GROUP COS INC COM      Buy 9/6/2017 J
INTERPUBLIC GROUP COS INC COM      Sold 11/16/2017 J  L
INTUIT INCORPORATED COM  A DIV J T Buy 5/8/2017 J
INTUIT INCORPORATED COM    Buy add'l 5/9/2017 J
INTUITIVE SURGICAL INC COM NEW  A DIV J T Buy  5/8/2017 J
INTUITIVE SURGICAL INC COM NEW     Buy add'l 5/9/2017 J
INTUITIVE SURGICAL INC COM NEW     Buy add'l 5/9/2017 J
JOHNSON & JOHNSON COM     Buy 5/8/2017 J
JOHNSON & JOHNSON COM     Buy add'l 5/9/2017 J
JOHNSON & JOHNSON COM     Buy add'l 5/9/2017 J
JOHNSON & JOHNSON COM     Sold 8/3/2017 J  L
JOHNSON CTLS INTL PLC SHS    Buy 5/8/2017 J
JOHNSON CTLS INTL PLC SHS    Buy add'l 5/9/2017 J
JOHNSON CTLS INTL PLC SHS    Buy add'l 5/9/2017 J
JP MORGAN CHASE & CO COM  A DIV J T Buy 5/8/2017 J
JP MORGAN CHASE & CO COM    Buy add'l 5/9/2017 J
JP MORGAN CHASE & CO COM    Buy add'l 5/9/2017 J
JP MORGAN CHASE & CO COM    Buy add'l 9/14/2017 J
KAMAN CORP COM UNSOLICITED ORDER A DIV J T Buy 9/14/2017 J
KELLOGG CO COM UNSOLICITED ORDER    Buy 9/6/2017 J
KELLOGG CO COM UNSOLICITED ORDER    Buy add'l 9/14/2017 J
KELLOGG CO COM UNSOLICITED ORDER    Sold 10/16/2017 J  L
KELLOGG CO COM UNSOLICITED ORDER    Sold 10/16/2017 J  L
KEYCORP NEW COM UNSOLICITED ORDER A DIV J T Buy 9/14/2017 J
KIMBERLY CLARK CORP COM     Buy 5/8/2017 J
KIMBERLY CLARK CORP COM     Buy add'l 5/9/2017 J
KIMBERLY CLARK CORP COM     Buy add'l 5/9/2017 J
KIMBERLY CLARK CORP COM     Sold 8/3/2017 J  L
KINDER MORGAN INC DEL COM    Buy 5/8/2017 J
KINDER MORGAN INC DEL COM    Buy add'l 5/9/2017 J
KINDER MORGAN INC DEL COM    Buy add'l 5/9/2017 J
KINDER MORGAN INC DEL COM    Sold 6/26/2017 J  L
KINDER MORGAN INC DEL COM    Buy 9/6/2017 J
KINDER MORGAN INC DEL COM    Sold 11/16/2017 J  L
KITE RLTY GROUP TR COM NEW    Buy 9/14/2017 J
KITE RLTY GROUP TR COM NEW    Sold 11/16/2017 J  L
KRAFT HEINZ CO COM STK    Buy 5/8/2017 J
KRAFT HEINZ CO COM STK    Buy add'l 5/9/2017 J
KRAFT HEINZ CO COM STK    Buy add'l 5/9/2017 J
KRAFT HEINZ CO COM STK    Sold 9/6/2017 J  L
KRAFT HEINZ CO COM STK  A DIV J T Buy 11/16/2017 J
KROGER CO COM UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J
KROGER CO COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
KROGER CO COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
KROGER CO COM UNSOLICITED ORDER    Buy add'l 10/16/2017 J
L3 TECHNOLOGIES INC COM  A DIV J T Buy 8/3/2017 J
LABORATORY CORP AMER HLDGS COM NEW A DIV J T Buy 9/14/2017 J
LAM RESEARCH CORP UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J
LAM RESEARCH CORP UNSOLICITED ORDER    Buy add'l 5/9/2017 J
LIBERTY BROADBAND CORP COM SER C    Buy 9/14/2017 J
LIBERTY BROADBAND CORP COM SER C    Sold part 11/16/2017 J  L
LIBERTY MEDIA CORP DEL COM SER C A DIV J T Buy 5/11/2017 J
LIBERTY MEDIA CORP DEL COM SER C    Buy add'l 9/14/2017 J
LILLY ELI & CO COM UNSOLICITED ORDER    Buy 5/8/2017 J
LILLY ELI & CO COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
LILLY ELI & CO COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
LILLY ELI & CO COM UNSOLICITED ORDER    Sold 8/3/2017 J  L
LINCOLN NATL CORP IND  A DIV J T Buy 5/8/2017 J
LINCOLN NATL CORP IND    Buy add'l 5/9/2017 J
LINCOLN NATL CORP IND    Buy add'l 5/9/2017 J
LOCKHEED MARTIN CORP COM  A DIV J T Buy 5/8/2017 J
LOCKHEED MARTIN CORP COM    Buy add'l 5/9/2017 J
LOCKHEED MARTIN CORP COM    Buy add'l 5/9/2017 J
LOCKHEED MARTIN CORP COM    Buy add'l 9/14/2017 J
LOWES COS INC COM UNSOLICITED ORDER    Buy 5/8/2017 J
LOWES COS INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
LOWES COS INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
```

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LOWES COS INC COM UNSOLICITED ORDER    Sold 6/26/2017  J  L

LOWES COS INC COM UNSOLICITED ORDER A DIV J T Buy 10/16/2017  J

LOWES COS INC COM UNSOLICITED ORDER    Buy add'l 11/16/2017  J

LYONDELLBASELL INDUSTRIES N V ORD A DIV J T Buy 5/9/2017  J

LYONDELLBASELL INDUSTRIES N V ORD    Buy add'l 8/3/2017  J

LYONDELLBASELL INDUSTRIES N V ORD    Buy add'l 9/14/2017  J

MACYS INC COM UNSOLICITED ORDER A DIV J T Buy  11/16/2017  J

MARRIOTT INTL INC NEW CL A  A DIV J T Buy  5/8/2017  J

MARRIOTT INTL INC NEW CL A    Buy add'l 5/9/2017  J

MARRIOTT INTL INC NEW CL A    Buy add'l 9/14/2017  J

MARSH & MCLENNAN COS INC COM  A DIV J T Buy  5/8/2017  J

MARSH & MCLENNAN COS INC COM    Buy add'l 5/9/2017  J

MARSH & MCLENNAN COS INC COM    Buy add'l 5/9/2017  J

MARSH & MCLENNAN COS INC COM    Buy add'l 9/14/2017  J

MASTERCARD INC CL A COM  A DIV J T Buy  5/8/2017  J

MASTERCARD INC CL A COM    Buy add'l 5/9/2017  J

MASTERCARD INC CL A COM    Buy add'l 5/9/2017  J

MASTERCARD INC CL A COM    Buy add'l 9/14/2017  J

MCCORMICK & CO INC COM NON VTG A DIV J T Buy 9/6/2017  J

MCDONALDS CORP UNSOLICITED ORDER A DIV J T Buy 5/8/2017  J

MCDONALDS CORP UNSOLICITED ORDER    Buy add'l 5/9/2017  J

MCDONALDS CORP UNSOLICITED ORDER    Buy add'l 5/9/2017  J

MCDONALDS CORP UNSOLICITED ORDER    Buy add'l 9/14/2017  J

MCKESSON CORP COM    Buy  5/9/2017  J

MCKESSON CORP COM    Buy add'l 9/14/2017  J

MCKESSON CORP COM    Sold 11/16/2017  J  L

MEDTRONIC PLC SHS  A DIV J T Buy  5/8/2017  J

MEDTRONIC PLC SHS    Buy add'l 5/9/2017  J

MEDTRONIC PLC SHS    Buy add'l 5/9/2017  J

MEDTRONIC PLC SHS    Buy add'l 8/3/2017  J

MEDTRONIC PLC SHS    Buy add'l 9/14/2017  J

MERCK & CO INC NEW COM    Buy  5/8/2017  J

MERCK & CO INC NEW COM    Buy add'l 5/9/2017  J

MERCK & CO INC NEW COM    Buy add'l 5/9/2017  J

MERCK & CO INC NEW COM    Sold 8/3/2017  J  L

METLIFE INC COM  A DIV J T Buy 9/14/2017  J

METLIFE INC COM UNSOLICITED ORDER    Buy add'l 5/8/2017  J

METLIFE INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

METLIFE INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

METTLER-TOLEDO INTL INC COM  A DIV J T Buy  11/16/2017  J

MICROSOFT CORP COM  A DIV J T Buy  5/8/2017  J

MICROSOFT CORP COM    Buy add'l 5/9/2017  J

MICROSOFT CORP COM    Buy add'l 5/9/2017  J

MICROSOFT CORP COM    Buy add'l 9/14/2017  J

MONDELEZ INTL INC CL UNSOLICITED ORDER    Buy  5/8/2017  J

MONDELEZ INTL INC CL UNSOLICITED ORDER    Buy add'l 5/9/2017  J

MONDELEZ INTL INC CL UNSOLICITED ORDER    Buy add'l 5/9/2017  J

MONDELEZ INTL INC CL UNSOLICITED ORDER    Sold 9/6/2017  J  L

MONDELEZ INTL INC CL UNSOLICITED ORDER A DIV J T Buy 10/16/2017  J

MONSANTO CO NEW COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J

MONSANTO CO NEW COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

MONSANTO CO NEW COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

MONSANTO CO NEW COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J

MORGAN STANLEY COM NEW  A DIV J T Buy  5/8/2017  J

MORGAN STANLEY COM NEW    Buy add'l 5/9/2017  J

MORGAN STANLEY COM NEW    Buy add'l 5/9/2017  J

MORGAN STANLEY COM NEW    Buy add'l 9/14/2017  J

NAVIGATORS GROUP INC UNSOLICITED ORDER A DIV J T Buy  9/14/2017  J

NBT BANCORP INC COM UNSOLICITED ORDER    Buy  5/8/2017  J

NBT BANCORP INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

NBT BANCORP INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

NBT BANCORP INC COM UNSOLICITED ORDER    Sold 9/6/2017  J  L

NETAPP INC COM UNSOLICITED ORDER A DIV J T Buy  11/16/2017  J

NETFLIX INC COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J

NETFLIX INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

NETFLIX INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J

NETFLIX INC COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NEWELL BRANDS INC COM  A DIV J T Buy  5/8/2017  J
NEWELL BRANDS INC COM     Buy add'l 5/9/2017  J
NEWELL BRANDS INC COM     Buy add'l 5/9/2017  J
NEWELL BRANDS INC COM     Buy add'l 11/16/2017  J
NEXTERA ENERGY INC COM  A DIV J T Buy  5/8/2017  J
NEXTERA ENERGY INC COM     Buy add'l 5/9/2017  J
NEXTERA ENERGY INC COM     Buy add'l 5/9/2017  J
NEXTERA ENERGY INC COM     Buy add'l 9/14/2017  J
NIELSEN HOLDINGS PLC SHS  A DIV J T Buy  11/16/2017  J
NIKE INC CL B UNSOLICITED ORDER     Buy  5/8/2017  J
NIKE INC CL B UNSOLICITED ORDER     Buy add'l 5/9/2017  J
NIKE INC CL B UNSOLICITED ORDER     Buy add'l 5/9/2017  J
NIKE INC CL B UNSOLICITED ORDER     Sold  5/26/2017  J  L
NIKE INC CL B UNSOLICITED ORDER  A DIV J T Buy  6/26/2017  J
NIKE INC CL B UNSOLICITED ORDER     Buy add'l 11/16/2017  J
NORFOLK SOUTHN CORP COM  A DIV J T Buy  5/8/2017  J
NORFOLK SOUTHN CORP COM     Buy add'l 5/9/2017  J
NORFOLK SOUTHN CORP COM     Buy add'l 5/9/2017  J
NORFOLK SOUTHN CORP COM     Buy add'l 11/16/2017  J
NORTHERN TR CORP COM UNSOLICITED ORDER A DIV J T Buy  9/14/2017  J
NORTHROP GRUMMAN CORP COM  A DIV J T Buy  5/8/2017  J
NORTHROP GRUMMAN CORP COM     Buy add'l 5/9/2017  J
NORTHROP GRUMMAN CORP COM     Buy add'l 5/9/2017  J
NORTHROP GRUMMAN CORP COM     Buy add'l 9/14/2017  J
NORTHWEST NATL GAS CO  A DIV J T Buy  5/8/2017  J
NORTHWEST NATL GAS CO     Buy add'l 5/9/2017  J
NORTHWEST NATL GAS CO     Buy add'l 5/9/2017  J
NORTHWESTERN CORP COM NEW  A DIV J T Buy  5/8/2017  J
NORTHWESTERN CORP COM NEW     Buy add'l 5/9/2017  J
NORTHWESTERN CORP COM NEW     Buy add'l 5/9/2017  J
NVIDIA CORP COM  A DIV J T Buy  5/8/2017  J
NVIDIA CORP COM     Buy add'l 5/9/2017  J
NVIDIA CORP COM     Buy add'l 5/9/2017  J
NVIDIA CORP COM     Buy add'l 9/14/2017  J
O REILLY AUTOMOTIVE INC NEW COM A DIV J T Buy  5/8/2017  J
O REILLY AUTOMOTIVE INC NEW COM     Buy add'l 5/9/2017  J
O REILLY AUTOMOTIVE INC NEW COM     Buy add'l 5/9/2017  J
O REILLY AUTOMOTIVE INC NEW COM     Buy add'l 8/3/2017  J
O REILLY AUTOMOTIVE INC NEW COM     Buy add'l 9/14/2017  J
OCCIDENTAL PETE CORP COM  A DIV J T Buy  5/8/2017  J
OCCIDENTAL PETE CORP COM     Buy add'l 5/9/2017  J
OCCIDENTAL PETE CORP COM     Buy add'l 5/9/2017  J
OCCIDENTAL PETE CORP COM     Buy add'l 9/14/2017  J
OLD NATL BANCORP IND COM  A DIV J T Buy  5/8/2017  J
OLD NATL BANCORP IND COM     Buy add'l 5/9/2017  J
OLD NATL BANCORP IND COM     Buy add'l 5/9/2017  J
OMNICOM GROUP INC COM  A DIV J T Buy  11/16/2017  J
ORACLE CORP COM UNSOLICITED ORDER     Buy  5/8/2017  J
ORACLE CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
ORACLE CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
ORACLE CORP COM UNSOLICITED ORDER     Buy add'l 9/14/2017  J
ORACLE CORP COM UNSOLICITED ORDER     Sold  10/16/2017  J  L
ORACLE CORP COM UNSOLICITED ORDER A DIV J T Buy  11/16/2017  J
PACCAR INC UNSOLICITED ORDER     Buy  5/8/2017  J
PACCAR INC UNSOLICITED ORDER     Buy add'l 5/9/2017  J
PACCAR INC UNSOLICITED ORDER     Buy add'l 5/9/2017  J
PARKER HANNIFIN CORP COM  A DIV J T Buy  5/8/2017  J
PARKER HANNIFIN CORP COM     Buy add'l 5/9/2017  J
PARKER HANNIFIN CORP COM     Buy add'l 5/9/2017  J
PARKER HANNIFIN CORP COM     Buy add'l 9/14/2017  J
PAYPAL HLDGS INC COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
PAYPAL HLDGS INC COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
PAYPAL HLDGS INC COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
PAYPAL HLDGS INC COM UNSOLICITED ORDER     Buy add'l 9/14/2017  J
PEPSICO INC COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
PEPSICO INC COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
PEPSICO INC COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PEPSICO INC COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J
PEPSICO INC COM UNSOLICITED ORDER    Buy add'l 11/16/2017  J
PERKINELMER INC COM   A DIV J T Buy  11/16/2017  J
PFIZER INC COM UNSOLICITED ORDER    Buy  5/8/2017  J
PFIZER INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
PFIZER INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
PFIZER INC COM UNSOLICITED ORDER    Sold  8/3/2017  J   L
PG&E CORP COM UNSOLICITED ORDER    Buy  8/3/2017  J
PG&E CORP COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J
PG&E CORP COM UNSOLICITED ORDER    Sold  10/16/2017  J   L
PG&E CORP COM UNSOLICITED ORDER    Sold  10/16/2017  J   L
PHILIP MORRIS INTL INC COM    Buy  5/8/2017  J
PHILIP MORRIS INTL INC COM    Buy add'l 5/9/2017  J
PHILIP MORRIS INTL INC COM    Buy add'l 5/9/2017  J
PHILIP MORRIS INTL INC COM    Buy add'l 9/14/2017  J
PHILIP MORRIS INTL INC COM    Sold part 11/16/2017  J   L
PHILLIPS 66 COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
PHILLIPS 66 COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
PHILLIPS 66 COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
PHILLIPS 66 COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J
PHYSICIANS RLTY TR COM    Buy  5/8/2017  J
PHYSICIANS RLTY TR COM    Buy add'l 5/9/2017  J
PHYSICIANS RLTY TR COM    Buy add'l 5/9/2017  J
PHYSICIANS RLTY TR COM    Sold  11/16/2017  J   L
PINNACLE WEST CAP CORP COM    Buy  5/8/2017  J
PINNACLE WEST CAP CORP COM    Buy add'l 5/9/2017  J
PINNACLE WEST CAP CORP COM    Buy add'l 5/9/2017  J
PINNACLE WEST CAP CORP COM    Buy add'l 9/14/2017  J
PINNACLE WEST CAP CORP COM    Sold part 11/16/2017  J   L
PIONEER NAT RES CO COM   A DIV J T Buy  5/8/2017  J
PIONEER NAT RES CO COM    Buy add'l 5/9/2017  J
PIONEER NAT RES CO COM    Buy add'l 5/9/2017  J
PIONEER NAT RES CO COM    Buy add'l 9/6/2017  J
PLEXUS CORP UNSOLICITED ORDER  A DIV J T Buy  6/26/2017  J
PNC FINL SVCS GROUP INC COM  A DIV J T Buy  5/8/2017  J
PNC FINL SVCS GROUP INC COM    Buy add'l 5/9/2017  J
PNC FINL SVCS GROUP INC COM    Buy add'l 5/9/2017  J
PNC FINL SVCS GROUP INC COM    Buy add'l 9/14/2017  J
PNM RES INC COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
PNM RES INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
PNM RES INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
PORTLAND GEN ELEC CO COM NEW  A DIV J T Buy  5/8/2017  J
PORTLAND GEN ELEC CO COM NEW    Buy add'l 5/9/2017  J
PORTLAND GEN ELEC CO COM NEW    Buy add'l 5/9/2017  J
PORTLAND GEN ELEC CO COM NEW    Buy add'l 9/14/2017  J
PPG INDUSTRIES INC UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
PPG INDUSTRIES INC UNSOLICITED ORDER    Buy add'l 5/9/2017  J
PPG INDUSTRIES INC UNSOLICITED ORDER    Buy add'l 5/9/2017  J
PPG INDUSTRIES INC UNSOLICITED ORDER    Buy add'l 9/14/2017  J
PRA HEALTH SCIENCES INC COM  A DIV J T Buy  11/16/2017  J
PRAXAIR INC COM   A DIV J T Buy  5/8/2017  J
PRAXAIR INC COM    Buy add'l 5/9/2017  J
PREMIER INC CL A UNSOLICITED ORDER    Buy  10/16/2017  J
PRICELINE GRP INC COM NEW  A DIV J T Buy  5/8/2017  J
PRICELINE GRP INC COM NEW    Buy add'l 5/9/2017  J
PRICELINE GRP INC COM NEW    Buy add'l 5/9/2017  J
PROASSURANCE CORP COM  A DIV J T Buy  11/16/2017  J
PROCTER & GAMBLE CO COM    Buy  5/8/2017  J
PROCTER & GAMBLE CO COM    Buy add'l 5/9/2017  J
PROCTER & GAMBLE CO COM    Buy add'l 5/9/2017  J
PROCTER & GAMBLE CO COM    Buy add'l 8/3/2017  J
PROCTER & GAMBLE CO COM    Buy add'l 9/14/2017  J
PROCTER & GAMBLE CO COM    Sold part 11/16/2017  J   L
PROLOGIS INC COM WITH DUE BILLS  A DIV J T Buy  9/14/2017  J
PRUDENTIAL FINL INC COM  A DIV J T Buy  5/8/2017  J
PRUDENTIAL FINL INC COM    Buy add'l 5/9/2017  J
PRUDENTIAL FINL INC COM    Buy add'l 5/9/2017  J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

```
PUBLIC STORAGE COMMON STOCK          Buy 5/8/2017 J
PUBLIC STORAGE COMMON STOCK          Buy add'l 5/9/2017 J
PUBLIC STORAGE COMMON STOCK          Buy add'l 5/9/2017 J
PUBLIC STORAGE COMMON STOCK          Sold 5/11/2017 J  L
PUBLIC STORAGE COMMON STOCK  A DIV J T Buy  6/26/2017 J
PUBLIC STORAGE COMMON STOCK          Buy add'l 9/14/2017 J
QIAGEN NV REGISTERED SHS  A DIV J T Buy  11/16/2017 J
QUALCOMM INC UNSOLICITED ORDER       Buy 5/8/2017 J
QUALCOMM INC UNSOLICITED ORDER       Buy add'l 5/9/2017 J
QUALCOMM INC UNSOLICITED ORDER       Buy add'l 5/9/2017 J
QUALCOMM INC UNSOLICITED ORDER       Sold 9/6/2017 J  L
QUALCOMM INC UNSOLICITED ORDER A DIV J T Buy 10/16/2017 J
QUALCOMM INC UNSOLICITED ORDER       Buy add'l 11/16/2017 J
QUANTA SVCS INC COM UNSOLICITED ORDER    Buy 5/8/2017 J
QUANTA SVCS INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
QUANTA SVCS INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
QUEST DIAGNOSTICS INC COM  A DIV J T Buy 9/14/2017 J
QUEST DIAGNOSTICS INC COM    Buy add'l 11/16/2017 J
RAYTHEON CO COM NEW UNSOLICITED ORDER A DIV J T Buy  5/8/2017 J
RAYTHEON CO COM NEW UNSOLICITED ORDER    Buy add'l 5/9/2017 J
RAYTHEON CO COM NEW UNSOLICITED ORDER    Buy add'l 5/9/2017 J
RAYTHEON CO COM NEW UNSOLICITED ORDER    Buy add'l 9/14/2017 J
REALTY INCOME CORP COM  A DIV J T Buy 9/14/2017 J
REGENCY CTRS CORP COM     Buy 5/8/2017 J
REGENCY CTRS CORP COM     Buy add'l 5/9/2017 J
REGENCY CTRS CORP COM     Buy add'l 5/9/2017 J
REGENCY CTRS CORP COM     Sold 6/26/2017 J  L
REGENERON PHARMACEUTICALS INC     Buy 8/3/2017 J
REGENERON PHARMACEUTICALS INC     Sold 11/16/2017 J  L
RENAISSANCE RE HOLDINGS LTD COM    Buy 5/8/2017 J
RENAISSANCE RE HOLDINGS LTD COM    Buy add'l 5/9/2017 J
RENAISSANCE RE HOLDINGS LTD COM    Buy add'l 5/9/2017 J
RENAISSANCE RE HOLDINGS LTD COM    Sold 9/6/2017 J  L
RETAIL OPPORTUNITY INVTS CORP COM    Buy 5/8/2017 J
RETAIL OPPORTUNITY INVTS CORP COM    Buy add'l 5/9/2017 J
RETAIL OPPORTUNITY INVTS CORP COM    Buy add'l 5/9/2017 J
RETAIL OPPORTUNITY INVTS CORP COM    Sold 6/26/2017 J  L
REYNOLDS AMERN INC COM    Buy 5/8/2017 J
REYNOLDS AMERN INC COM    Buy add'l 5/9/2017 J
REYNOLDS AMERN INC COM    Buy add'l 5/9/2017 J
ROCKWELL AUTOMATION INC COM  A DIV J T Buy 9/14/2017 J
ROPER TECHNOLOGIES INC COM  A DIV J T Buy  5/8/2017 J
ROPER TECHNOLOGIES INC COM    Buy add'l 5/9/2017 J
ROPER TECHNOLOGIES INC COM    Buy add'l 5/9/2017 J
ROPER TECHNOLOGIES INC COM    Buy add'l 9/14/2017 J
S&P GLOBAL INC COM UNSOLICITED ORDER A DIV J T Buy 5/8/2017 J
S&P GLOBAL INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
S&P GLOBAL INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
S&P GLOBAL INC COM UNSOLICITED ORDER    Buy add'l 9/14/2017 J
SALESFORCE.COM INC COM STOCK  A DIV J T Buy 5/8/2017 J
SALESFORCE.COM INC COM STOCK    Buy add'l 5/9/2017 J
SALESFORCE.COM INC COM STOCK    Buy add'l 5/9/2017 J
SALESFORCE.COM INC COM STOCK    Buy add'l 9/14/2017 J
SCHLUMBERGER LTD COM     Buy 5/8/2017 J
SCHLUMBERGER LTD COM     Buy add'l 5/9/2017 J
SCHLUMBERGER LTD COM     Buy add'l 5/9/2017 J
SCHLUMBERGER LTD COM     Sold 5/11/2017 J  L
SCHLUMBERGER LTD COM  A DIV J T Buy 8/3/2017 J
SCHWAB CHARLES CORP NEW COM  A DIV J T Buy 5/8/2017 J
SCHWAB CHARLES CORP NEW COM    Buy add'l 5/9/2017 J
SCHWAB CHARLES CORP NEW COM    Buy add'l 5/9/2017 J
SEATTLE GENETICS INC COM  A DIV J T Buy 11/16/2017 J
SIMON PPTY GROUP INC NEW COM    Buy 5/8/2017 J
SIMON PPTY GROUP INC NEW COM    Buy add'l 5/9/2017 J
SIMON PPTY GROUP INC NEW COM    Buy add'l 5/9/2017 J
SIMON PPTY GROUP INC NEW COM    Sold 9/6/2017 J  L
SIMON PPTY GROUP INC NEW COM  A DIV J T Buy 10/16/2017 J
```

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

```
SIRIUS XM HLDGS INC COM  A DIV J T Buy  5/9/2017  J
SIRIUS XM HLDGS INC COM     Buy add'l 6/26/2017  J
SIRIUS XM HLDGS INC COM     Buy add'l 9/14/2017  J
SOUTHERN CO COM UNSOLICITED ORDER A DIV J T Buy  10/16/2017  J
SOUTHWEST AIRLS CO COM  A DIV J T Buy  5/8/2017  J
SOUTHWEST AIRLS CO COM     Buy add'l 5/9/2017  J
SPIRIT RLTY CAP INC NEW COM  A DIV J T Buy  5/11/2017  J
SPRINT CORP COM SER UNSOLICITED ORDER A DIV J T Buy  11/16/2017  J
STARBUCKS CORP COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
STARBUCKS CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
STARBUCKS CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
STARBUCKS CORP COM UNSOLICITED ORDER     Buy add'l 9/14/2017  J
STATE STR CORP COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
STATE STR CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
STEEL DYNAMICS INC COM  A DIV J T Buy  9/14/2017  J
STRYKER CORP UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
STRYKER CORP UNSOLICITED ORDER     Buy add'l 5/9/2017  J
STRYKER CORP UNSOLICITED ORDER     Buy add'l 5/9/2017  J
STRYKER CORP UNSOLICITED ORDER     Buy add'l 9/14/2017  J
SYNCHRONY FINL COM   A DIV J T Buy  5/9/2017  J
SYNOVUS FINL CORP COM NEW  A DIV J T Buy  5/8/2017  J
SYNOVUS FINL CORP COM NEW     Buy add'l 5/9/2017  J
SYNOVUS FINL CORP COM NEW     Buy add'l 5/9/2017  J
TANGER FACTORY OUTLET CENTERS INC A DIV J T Buy  11/16/2017  J
TARGET CORP COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
TARGET CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
TARGET CORP COM UNSOLICITED ORDER     Buy add'l 9/14/2017  J
TAUBMAN CENTERS INC UNSOLICITED ORDER A DIV J T Buy  11/16/2017  J
TESLA INC COM   A DIV J T Buy  5/8/2017  J
TESLA INC COM     Buy add'l 5/9/2017  J
TESLA INC COM     Buy add'l 5/9/2017  J
TEXAS INSTRUMENTS INC  A DIV J T Buy  5/8/2017  J
TEXAS INSTRUMENTS INC     Buy add'l 5/9/2017  J
TEXAS INSTRUMENTS INC     Buy add'l 5/9/2017  J
TEXAS INSTRUMENTS INC     Buy add'l 9/14/2017  J
THERMO FISHER SCIENTIFIC INC COM A DIV J T Buy  5/8/2017  J
THERMO FISHER SCIENTIFIC INC COM     Buy add'l 5/9/2017  J
THERMO FISHER SCIENTIFIC INC COM     Buy add'l 5/9/2017  J
THERMO FISHER SCIENTIFIC INC COM     Buy add'l 9/14/2017  J
TIME WARNER INC NEW COM NEW     Buy  5/8/2017  J
TIME WARNER INC NEW COM NEW     Buy add'l 5/9/2017  J
TIME WARNER INC NEW COM NEW     Buy add'l 5/9/2017  J
TIME WARNER INC NEW COM NEW     Buy add'l 9/14/2017  J
TIME WARNER INC NEW COM NEW     Sold part 11/16/2017  J  L
TIME WARNER INC NEW COM NEW     Sold part 11/16/2017  J  L
TJX COS INC NEW COM UNSOLICITED ORDER     Buy  5/8/2017  J
TJX COS INC NEW COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
TJX COS INC NEW COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
TJX COS INC NEW COM UNSOLICITED ORDER     Sold part 6/26/2017  J  L
TJX COS INC NEW COM UNSOLICITED ORDER     Buy  9/14/2017  J
TJX COS INC NEW COM UNSOLICITED ORDER     Sold  11/16/2017  J  L
TRAVELERS COS INC COM     Buy 8/3/2017  J
TRAVELERS COS INC COM     Sold 9/6/2017  J  L
TRAVELERS COS INC COM  A DIV J T Buy  11/16/2017  J
TRUSTMARK CORP UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
TRUSTMARK CORP UNSOLICITED ORDER     Buy add'l 5/9/2017  J
TRUSTMARK CORP UNSOLICITED ORDER     Buy add'l 5/9/2017  J
TRUSTMARK CORP UNSOLICITED ORDER     Buy add'l 9/14/2017  J
TWENTY-FIRST CENTY FOX INC CL A     Buy  5/9/2017  J
TWENTY-FIRST CENTY FOX INC CL A     Sold  5/11/2017  J  L
TWENTY-FIRST CENTY FOX INC CL A  A DIV J T Buy  6/26/2017  J
TWENTY-FIRST CENTY FOX INC CL A     Buy add'l 9/14/2017  J
UNION PAC CORP COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
UNION PAC CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
UNION PAC CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
UNION PAC CORP COM UNSOLICITED ORDER     Buy add'l 9/14/2017  J
UNITED CMNTY BK BLAIRSVILLE GA  A DIV J T Buy  5/8/2017  J
```

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

UNITED CMNTY BK BLAIRSVILLE GA    Buy add'l 5/9/2017 J
UNITED CMNTY BK BLAIRSVILLE GA    Buy add'l 5/9/2017 J
UNITED PARCEL SVC INC CL B   A DIV J T Buy  5/8/2017 J
UNITED PARCEL SVC INC CL B    Buy add'l 5/9/2017  J
UNITED PARCEL SVC INC CL B    Buy add'l 5/9/2017  J
UNITED STATES CELLULAR CORP COM A DIV J T Buy  11/16/2017  J
UNITED TECHNOLOGIES CORP COM  A DIV J T Buy  5/8/2017  J
UNITED TECHNOLOGIES CORP COM    Buy add'l 5/9/2017  J
UNITED TECHNOLOGIES CORP COM    Buy add'l 5/9/2017  J
UNITED TECHNOLOGIES CORP COM    Buy add'l 9/14/2017  J
UNITEDHEALTH GROUP INC COM   A DIV J T Buy  5/8/2017  J
UNITEDHEALTH GROUP INC COM    Buy add'l 5/9/2017  J
UNITEDHEALTH GROUP INC COM    Buy add'l 5/9/2017  J
UNITEDHEALTH GROUP INC COM    Buy add'l 9/14/2017  J
UNIVERSAL HEALTH SVCS INC CL B    Buy  9/14/2017  J
UNIVERSAL HEALTH SVCS INC CL B    Buy add'l 10/16/2017  J
UNIVERSAL HEALTH SVCS INC CL B    Sold  11/16/2017  J   L
US BANCORP DEL COM   A DIV J T Buy  5/8/2017  J
US BANCORP DEL COM      Buy add'l 5/9/2017  J
US BANCORP DEL COM      Buy add'l 5/9/2017  J
US BANCORP DEL COM      Buy add'l 9/14/2017  J
V F CORP COM UNSOLICITED ORDER  A DIV J T Buy  5/8/2017  J
V F CORP COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
V F CORP COM UNSOLICITED ORDER     Buy add'l 5/9/2017  J
VALERO ENERGY CORP NEW COM  A DIV J T Buy  5/8/2017  J
VALERO ENERGY CORP NEW COM    Buy add'l 5/9/2017  J
VALERO ENERGY CORP NEW COM    Buy add'l 5/9/2017  J
VALERO ENERGY CORP NEW COM    Buy add'l 9/14/2017  J
VALIDUS HLDGS LTD COM SHS    Buy  5/8/2017  J
VALIDUS HLDGS LTD COM SHS    Buy add'l 5/9/2017  J
VALIDUS HLDGS LTD COM SHS    Buy add'l 5/9/2017  J
VARIAN MED SYS INC COM  A DIV J T Buy  9/14/2017  J
VEREIT INC COM UNSOLICITED ORDER A DIV J T Buy  6/26/2017  J
VERIZON COMMUNICATIONS INC    Buy  5/8/2017  J
VERIZON COMMUNICATIONS INC    Buy add'l 5/9/2017  J
VERIZON COMMUNICATIONS INC    Buy add'l 5/9/2017  J
VERIZON COMMUNICATIONS INC    Sold part 5/11/2017  J   L
VERIZON COMMUNICATIONS INC    Buy  9/14/2017  J
VERIZON COMMUNICATIONS INC    Sold part 11/16/2017  J   L
VERIZON COMMUNICATIONS INC    Sold part 11/16/2017  J   L
VERTEX PHARMACEUTICALS INC   A DIV J T Buy  5/8/2017  J
VERTEX PHARMACEUTICALS INC    Buy add'l 5/9/2017  J
VERTEX PHARMACEUTICALS INC    Buy add'l 9/14/2017  J
VIACOM INC NEW CL B UNSOLICITED ORDER A DIV J T Buy  11/16/2017  J
VISA INC COM CL A UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
VISA INC COM CL A UNSOLICITED ORDER    Buy add'l 5/9/2017  J
VISA INC COM CL A UNSOLICITED ORDER    Buy add'l 5/10/2017  J
VISA INC COM CL A UNSOLICITED ORDER    Buy add'l 9/14/2017  J
VULCAN MATLS CO COM UNSOLICITED ORDER A DIV J T Buy  5/8/2017  J
VULCAN MATLS CO COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
VULCAN MATLS CO COM UNSOLICITED ORDER    Buy add'l 5/9/2017  J
VULCAN MATLS CO COM UNSOLICITED ORDER    Buy add'l 9/14/2017  J
VWR CORP C/A EFF 11/22/17 1 OLD    Sold  11/22/2017  J   L
VWR CORP COM    Buy  11/16/2017  J
WAL MART STORES INC COM  A DIV J T Buy  5/8/2017  J
WAL MART STORES INC COM    Buy add'l 5/9/2017  J
WAL MART STORES INC COM    Buy add'l 5/9/2017  J
WAL MART STORES INC COM    Buy add'l 9/14/2017  J
WALGREENS BOOTS ALLIANCE INC COM    Buy  5/8/2017  J
WALGREENS BOOTS ALLIANCE INC COM    Buy add'l 5/9/2017  J
WALGREENS BOOTS ALLIANCE INC COM    Buy add'l 5/9/2017  J
WALGREENS BOOTS ALLIANCE INC COM    Sold  6/26/2017  J   L
WALGREENS BOOTS ALLIANCE INC COM    Buy  8/3/2017  J
WALGREENS BOOTS ALLIANCE INC COM    Buy add'l 9/14/2017  J
WALGREENS BOOTS ALLIANCE INC COM    Sold  10/16/2017  J   L
WALGREENS BOOTS ALLIANCE INC COM    Sold  10/16/2017  J   L
WALGREENS BOOTS ALLIANCE INC COM A DIV J T Buy  11/16/2017  J

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

WASHINGTON REAL ESTATE INVESTMEN A DIV J T Buy 5/8/2017 J
WASHINGTON REAL ESTATE INVESTMEN    Buy add'l 5/9/2017 J
WASHINGTON REAL ESTATE INVESTMENT    Buy add'l 5/9/2017 J
WASTE MGMT INC DEL COM  A DIV J T Buy 9/14/2017 J
WEINGARTEN REALTY INVESTORS SHARES OF    Buy 5/8/2017 J
WEINGARTEN REALTY INVESTORS SHARES OF    Buy add'l 5/9/2017 J
WEINGARTEN REALTY INVESTORS SHARES OF    Buy add'l 5/9/2017 J
WELLCARE HEALTH PLANS INC  A DIV J T Buy 10/16/2017 J
WELLS FARGO & CO NEW COM    Buy 5/8/2017 J
WELLS FARGO & CO NEW COM    Buy add'l 5/9/2017 J
WELLS FARGO & CO NEW COM    Buy add'l 5/9/2017 J
WELLS FARGO & CO NEW COM    Sold 9/6/2017 J  L
WELLS FARGO & CO NEW COM  A DIV J T Buy 10/16/2017 J
WELLTOWER INC COM UNSOLICITED ORDER    Buy 9/14/2017 J
WELLTOWER INC COM UNSOLICITED ORDER    Sold part 10/16/2017 J  L
WEYERHAEUSER CO UNSOLICITED ORDER A DIV J T Buy 9/14/2017 J
YAHOO INC COM UNSOLICITED ORDER    Buy 5/8/2017 J
YAHOO INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
YAHOO INC COM UNSOLICITED ORDER    Buy add'l 5/9/2017 J
YAHOO INC COM UNSOLICITED ORDER    Sold 6/13/2017 J  L
YUM BRANDS INC COM  A DIV J T Buy 5/8/2017 J
YUM BRANDS INC COM    Buy add'l 5/9/2017 J
YUM BRANDS INC COM    Buy add'l 5/9/2017 J
ZAYO GROUP HOLDGS INC COM  A DIV J T Buy 9/14/2017 J
ZIMMER BIOMET HLDGS INC COM  A DIV J T Buy 9/14/2017 J

| Name of Person Reporting | Date of Report |
|---|---|
| CECCHI, CLAIRE C. | 02/20/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLAIRE C. CECCHI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544